Paul K. Friedrich, WSBA #43080
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
*Attorneys for Plaintiff/Creditor William Nelson*

The Honorable Timothy W. Dore
Chapter 7

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

IN RE:

HOUSTON CURRY WADE,

    Debtor.

WILLIAM NELSON,

    Plaintiff,

v.

HOUSTON CURRY WADE,

    Defendant.

NO. 22-10852-TWD

Adversary Case No.

COMPLAINT OBJECTING TO DISCHARGE OF DEBT

Creditor William Nelson (hereafter "Plaintiff"), creditor to the Bankruptcy of Houston Curry Wade, hereby brings this complaint as an objection to the discharge of debt of Debtor Houston Curry Wade, and alleges as follows:

## I. PARTIES

1.1. Plaintiff William Nelson is an individual, domiciled on Bainbridge Island, Washington.

1.2. Defendant/Debtor Houston Curry Wade ("Debtor") is a debtor before this Court as a result of a voluntary Chapter 7 filed on May 24, 2022.

COMPLAINT OBJECTING TO DISCHARGE OF DEBT - 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

## II. JURISDICTION AND VENUE

2.1. The bankruptcy court has jurisdiction over this adversary proceeding pursuant to the provisions of 28 U.S.C. §§ 1334 and 157. This adversary proceeding is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(B) and (I) & 11 U.S.C. § 523.

2.2. Venue for this adversary proceeding is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.3 This Complaint is timely filed, as permitted under 28 U.S.C. §§ 1334 and 157.

## III. FACTS

3.1. On September 27, 2021, Judge William C. Houser of Kitsap County Superior Court entered a Findings of Fact, Conclusions of Law, Judgment and Permanent Injunction against the Debtor. Specifically, the Court made certain findings of fact that Debtor engaged in a series of willful and malicious conduct, which caused damages to Plaintiff Nelson, and concluded, as a matter of law, that Debtor's conduct constituted defamation per se. As such, the Court entered judgment in favor of Plaintiff Nelson and against Debtor in the principal amount of $500,000.00. Additionally, Debtor was required to pay for Plaintiff Nelson's attorney's fees, for a total judgment amount of $503,000.00, accruing at 12% interest. Attached hereto as **Exhibit A** is a true and correct copy of the September 27, 2021 Findings of Fact, Conclusions of Law, Judgment and Permanent Injunction, which is incorporated herein by reference as if fully set forth herein.

3.2. The Permanent Injunction permanently enjoined Debtor from making or publishing the following false and defamatory statements: (1) Plaintiff Nelson raped a woman in Fort Ward community; (2) Plaintiff Nelson engaged in a coverup with the Bainbridge Fire Department of said rape; (3) a "victim" of Plaintiff Nelson, Elizabeth Kaltreider, committed

COMPLAINT OBJECTING TO DISCHARGE OF DEBT - 2

suicide as a result of his actions; (4) Plaintiff Nelson engaged in illegal conduct at a "speakeasy"; (4) Plaintiff Nelson conspired with Bainbridge Island Police Department; and (5) Plaintiff Nelson committed domestic violence against his former spouse.

3.3. The September 27, 2021 Findings of Fact, Conclusions of Law, Judgment and Permanent Injunction was based, in part, on an April 6, 2020 Ruling on Plaintiff Nelson's Motion For: Order of Default and/or Finding of Contempt, and Award of Attorneys' Fees and Costs Under CR 37 against Debtor. Attached hereto as **Exhibit B** is a true and correct copy of the April 6, 2020 Ruling on Plaintiff's Motion For: Order of Default and/or Finding of Contempt, and Award of Attorneys' Fees and Costs Under CR 37, which is incorporated herein by reference as if fully set forth herein.

3.4. The April 6, 2020 Ruling found, among other things, that Debtor failed to make "a reasonable attempt to provide adequate responses to [Plaintiff Nelson's] discovery requests" despite multiple extensions provided to him, and the Court held him in contempt of Court. In addition, the Court found that Debtor's "willful disregard of a court order and the administration of justice is further demonstrated by [Debtor's] brazen and unwillingness to answer truthfully at his deposition regarding his communications" with certain witnesses.

3.5. Plaintiff Nelson objects to the Debtor's discharge based on the conduct described above and on the grounds stated below.

## IV. FIRST CAUSE OF ACTION – NON-DISCHARGEABLE DEBT UNDER 11 U.S.C. § 523(A)(6))

4.1. Plaintiff Nelson realleges and incorporates by reference all allegations set forth above.

4.2. Pursuant to §523(a)(6) of the United States Bankruptcy Code, a debt incurred by

COMPLAINT OBJECTING TO DISCHARGE OF DEBT - 3

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

a debtor who engages in willful and malicious conduct, which results in damages, shall be nondischargeable. Here, Debtor engaged in willful and malicious conduct, which caused damages to Plaintiff Nelson.

4.3. The acts of Debtor constitute willful and malicious conduct, such that Debtor's obligation to Plaintiff Nelson should be deemed nondischargeable pursuant to the provisions of 11 U.S.C. § 523(a)(6).

4.4. As a direct and proximate result of Debtor's willful and malicious conduct, Plaintiff Nelson has suffered damages in the amount of $503,000.00 (plus 12% interest), which should be exempted from discharge in the Debtor's bankruptcy.

## V. **RELIEF REQUESTED**

WHEREFORE, the Plaintiff Nelson asks the Court for the following relief:

5.1. That this Court enter an order and judgment determining the obligations of Debtor to Plaintiff Nelson are non-dischargeable pursuant to the provisions of 11 U.S.C. §523(a)(6);

5.2. For an award of attorney fees as allowable by law in an amount the Court determines to be reasonable; and

5.3. For such other and further relief as this Court deems just and equitable under the circumstances.

///
///
///
///
///
///

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

DATED this 25th day of August, 2022.

                          */s/ Paul K. Friedrich, WSBA #43080*
Paul K. Friedrich, WSBA #43080
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: pfriedrich@williamskastner.com

***Attorneys for Plaintiff/Creditor William Nelson***

## PROOF OF FILING/SERVICE

The undersigned hereby certifies that on August 25, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

DATED this 25th day of August, 2022.

*/s/ Paul K. Friedrich, WSBA #43080*
Paul K. Friedrich, WSBA #43080
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: pfriedrich@williamskastner.com

***Attorneys for Plaintiff/Creditor William Nelson***
