| | |
|---|---|
| Erin Lane WSBA 42504 | Honorable Timothy Dore |
| Washington Law Group, PLLC | Chapter 7 |
| 2319 N 45th St Ste 215A | Hearing Date: 8.11.23 9:30 am |
| Seattle, WA 98103 | Response Date: 8.4.23 |
| Tel. 206.686.6054 | Location: Seattle 8106 |
| Fax 206.400.7919 | |

IN RE: )
) LEAD CASE NO. 22-10852-TWD
HOUSTON CURRY WADE )
)
      Debtor )
_____)
) ADVERSARY CASE NO. 22-01039-TWD
WILLIAM NELSON )
      Plaintiff, )
) Notice of Hearing
)
HOUSTON CURRY WADE )
      Defendant )
)
_____)

You are hereby notified that the hearing on Defendant's Houston Curry Wade Motion for Summary Judgment will be before the Honorable Timothy W. Dore on August 11, 2023, at 9:30 am at the US Bankruptcy Court located at 700 Stewart St, Room 8106, Seattle, WA 98101. Any objections must be served upon Erin Lane at the address set forth above no later than August 4, 2023. Objections to the motion must also be filed with the Clerk of the Court, United States Bankruptcy Court.

YOU ARE FURTHER NOTIFIED that if no objection is received on or before said date, an

//

//

- 1 -- **Notice of Hearing**                                            Washington Law Group, PLLC
                                                                                                                            2319 N 45th St Ste 215A
           Seattle, Washington 98103
           Tel. 206.686.6054
           Fax 206-400.7919

| | |
|---|---|
| 1 | Order granting debtors' motion may be entered by the Court in its discretion prior to the hearing |
| 2 | without further notice. |
| 3 | |
| 4 | DATED: January 11, 2023 |

                                                      ***/s/Erin Lane***
                                                    Erin Lane, WSBA #42504
                                                    Attorney for Debtors

- 2 -- **Notice of Hearing**

Washington Law Group, PLLC
2319 N 45th St Ste 215A
Seattle, Washington 98103
Tel. 206.686.6054
Fax 206-400.7919