**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| IN RE: ) | Bᴀɴᴋʀᴜᴘᴛᴄʏ Cᴀꜱᴇ Nᴏ. 22-10852-ᴛᴡᴅ |
| ) | Chapter 7 |
| HOUSTON CURRY WADE ) | |
| ) | |
| Debtor ) | |
| _____) | |
| ) | Aᴅᴠᴇʀꜱᴀʀʏ Cᴀꜱᴇ Nᴏ. 22-01039-TWD |
| WILLIAM NELSON ) | |
| Plaintiff, ) | |
| ) | PROPOSED ORDER GRANTING |
| ) | DEFENDANT HOUSTON CURRY |
| HOUSTON CURRY WADE ) | WADE'S MOTION FOR SUMMARY |
| Defendant ) | JUDGMENT |
| _____) | |

THIS MATTER, having come on before the Court upon Defendant Houston Curry

Wade's Motion for Summary Judgment ("Motion"), the Court reviewed the Motion, any

opposition, as well as the pleadings and files on record with the Court, and deeming itself

fully advised, the Court finds as follows:

ORDER

ORDERED there is no genuine issue as to any material fact and Defendant is entitled to judgment as a matter of law.

IT IS FURTHER ORDERED that Defendant's motion for summary judgment is granted.

IT IS FURTHER ORDERED the September 27, 2021 Findings of Facts, Conclusions of Law, Judgment and Permanent Injunction against Defendant entered in Kitsap County Superior Court Case No 18-2-03205-18 is discharged.

///END OF ORDER///

Presented By:

/s/ Erin Lane_____
Erin Lane WSBA No. 42504
Attorney for the Debtor

ORDER

WASHINGTON LAW GROUP PLLC
2319 45TH AVE N STE 215A
SEATTLE, WA 98103
TELEPHONE (206) 686.6054 ◆ FAX (206) 400-7919