1  Erin Lane WSBA 42504                    The Hon. Timothy Dore
2  Washington Law Group PLLC               Chapter 7
   2319 N 45th St Ste 215A                 Hearing Date: 8.11.23 9:30 AM
3  Seattle, WA 98103                       Response Date 8.4.23
   P – 206.445.8281                        Location: Seattle 8106
4

5              **IN THE UNITED STATES BANKRUPTCY COURT**
6          **IN AND FOR THE WESTERN DISTRICT OF WASHINGTON**

7

8       In Re:                          | Bankruptcy No. 22-10582-TWD
                                        | CHAPTER 7
9       HOUSTON CURRY WADE,             |
                                        | ADVERSARY NO. 22-01039-TWD
10
11  Debtor.                             |
                                        | DECLARATION OF HOUSTON WADE IN
12  ────────────────────────           | SUPPORT OF MOTION FOR SUMMARY
                                        | JUDGMENT
13      WILLIAM NELSON,                 |

14
15  Plaintiffs,
              vs.
16
        HOUSTON CURRY WADE,
17
18  Defendant.
19
          DefendantDefendant
20
21      I, Houston Curry Wade, declare the following to be true and correct under the penalty of

22  perjury under the laws of the State of Washington:

23      I am the Defendant in the above listed adversary and make this Declaration in support of

24  my Motion for Summary Judgment against Plaintiff William Nelson. I am over the age of 18 and

25  am competent to be a witness to the matters stated herein. I am making this declaration based

26  upon facts within my personal knowledge.

27

28

DECLARATION OF HOUSTON WADE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT - 1

Fall 2018, while watching the testimony of Christine Blasey Ford before the Senate describe the assault, she suffered at the hands of then Supreme Court nominee Brett Kavanaugh some 35 plus years earlier, I also heard from all her critics repeatedly ask why she hadn't reported the assault when it happened. It appeared to me that Kavanaugh's defenders did this explicitly as a way to discount Ford's experience and to lift up the defense of her perpetrator. At that very moment I knew a story of a sexual assault, as told to me by both her rescuers and her father, on a woman who escaped her assault and ran to her neighbors for help, where they then comforted her and called the police. She did not wait 35 years to speak about her experience, and it didn't matter. When the police arrived, they chatted with her rapist in the driveway and then hauled her away and not her rapist. He was never charged, and the incident was never investigated. Sometime later, she called her son to tell him goodbye and jumped from the Agate Pass bridge to her death. Her rapist was William "Bill" Peter Nelson.

On October 4th, 2018, I posted the above story to my personal Facebook page. I originally did not name Mr. Nelson as the perpetrator, but it was eventually revealed in the comments below my post and what followed were dozens of other stories of Mr. Nelson's crimes against women and children and his reputation among women and girls in the community as well as the naming of other men who had done similar crimes and who had gotten away with these crimes only to do them again. This swell of information from the community that I was able to corroborate with multiple victims, witnesses, and police reports is what inspired the creation of the Facebook news page The Bainbridge Island Bad List. I wanted a single source which my community could rely on so that people would know who to avoid so that they and their children could remain safe.

DECLARATION OF HOUSTON WADE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT - 2

I have known of other assaults Bill Nelson had done. His sexual assault of Katie Wiedemann (now Fisher), for which she supplied a declaration for my case supporting my defense against Mr. Nelson's unfounded claims of defamation. See Ex A. This is in addition to the assault I witnessed when Mr. Nelson, then in his 40s, showed up to a high school party I was attending with a bag full of cocaine and almost immediately tried to force himself on an unconscious girl. I learned from two different, independent sources, that Mr. Nelson was involved with trafficking underage girls through the illegal Chicken Coop speakeasy and passed this information on to reporters at the Kitsap Sun in 2012. No story was ever written. I knew of Mr. Nelson's abuse of his own family since I was a young child. I knew he hurt my friend Audrey, her siblings, and their mother. Then there was Audrey's account of being so terrified of Bill that when she heard his truck pull into the driveway she would climb under her bed and press herself up against the wall and pray that he wouldn't come into her room. When Bill was home, she would be so terrified to leave her room and become the target of her stepfather that she would relieve herself in her wastepaper basket instead of taking her chances using the restroom. Mr. Nelson did so much damage to a 7-year-old girl who has now been in therapy for more than 30 years as the singular result of the trauma he, and he alone, inflicted on her.

Before posting anything, I did my research and had personal knowledge. Mr. Nelson has an extensive criminal record that includes, just since he originally filed his lawsuit in state court against me, two DUIs in Washington, one in King County District Court – West under case number 8Z0683358 which was filed on July 5, 2018 which violated his DUI Deferral out of Bainbridge Island Municipal Court where he ultimately entered a plea of guilty to DUI there on January 21, 2020 under case 17841702. He also had previous alcohol related offenses as well. He also had an assault charge in Illinois. In 1994 his then estranged wife filed a restraining order

DECLARATION OF HOUSTON WADE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT - 3

against him detailing how he attempted to murder her in front of their children. A recent girlfriend, who provided a character witness declaration fawning over what a gentleman Mr. Nelson was, recently filed her own protective order against Mr. Nelson as she felt threatened by him. All of this information is public record.

As Mr. Nelson's lawsuit against me progressed, I learned of other victims and other witnesses to Mr. Nelson's predation. I learned of the horrors Mr. Nelson and his friends did to those underage girls at the Chicken Coop in forcing them to perform strip teases and sex acts. Under testimony on November 6, 2018 in a Bainbridge Island Municipal Court Case No 46-18 Mr. Nelson admitted to cocaine use but claimed the Chicken Coop was a "backyard private bar" and it was "backyard place for guys to hang out, have a cocktail, and enjoy their – the company of each other in that environment." The walls of the Chicken Coop were covered in photographs of naked girls from the neck down. Many of those girls had performed there. This was well known in the community, and nothing new when I created my article about Mr. Nelson.

When I created the Bainbridge Island Bad List that Fall of 2018, it was with the extensive knowledge of what wealthy and powerful men like Bill Nelson had done to women and children in my community. Bill Nelson was already known amongst people in the community of being "Bad Bill." The police and other law enforcement were not doing their job. How could I live with myself knowing that people would continue to be hurt because they were kept ignorant of what I know? I created the Bainbridge Island Bad list with the full intention to warn the members of my community of the predators in their midst and to give these people the advantage of knowing who these men are and what they do. The mission statement for the Bainbridge Island Bad list published on the news page's website was as follows: "Here at the

DECLARATION OF HOUSTON WADE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT - 4

Bainbridge Island Bad List our goal is to let you know just who the worst of our neighbors are. We think you should know who the rapists, abusers, and creeps are so that you can protect yourself and your loved ones with knowledge."

When I first published the Bainbridge Island Bad List I wrote news articles on five men including Nelson. I also wrote about Michael Laney, a retired executive VP at Disney and the ongoing rape of his granddaughter. I was the first person to publicly report on Laney who was working as a community volunteer in his retirement. Mr. Laney was eventually charged and convicted on a disturbing number of counts of rape and child endangerment and sentenced to federal prison. I wrote about John Du Wors who immediately filed a restraining order against me, and in our hearing, the Honorable Sara McCulloch ruled that my intent of publishing articles on the Bainbridge Island Bad List was specifically that"[…] in this case I would find that there is an intent to air this information because of public concern and trying to be protective information sharing to people who could be at risk in -- in [Mr. wade's] opinion." Mr. Du Wors order was denied and the petition filed there dismissed.

The intent behind the Bainbridge Island bad List was to warn the community about these men and what they do to women and children. While these articles were still posted, I received communication from women who had also been victims of these men in the past. I also received communication from women who did a google search on one these men after they were approached by him in a romantic way. They all thanked me profusely for making this information available so that they too wouldn't become a victim. In my original post to my personal Facebook page about Mr. Nelson, there were over 140 comments from friends and neighbors corroborating Mr. Nelsons predatory behavior and sharing their own accounts and experiences with him. This is who he is.

DECLARATION OF HOUSTON WADE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT - 5

In my recent deposition for this bankruptcy court, Mr. Nelson's attorney kept asking me repeatedly that if I thought that people should avoid men who hurt women and children. Absolutely! Without a doubt in my mind, predatory men should be avoided. This seems like a complete no brainer to me. When parents warn their children to be weary of strangers, Mr. Nelson is an example of who and why they tell their children this warning.

The only reason this matter is even before the bankruptcy court is because Mr. Nelson was able to get an order signed by a judge because I was never served with documents or notice of hearing. Mr. Nelson had the chance to get the Court to rubber stamp anything he wanted into that order and the Judge would have signed it without question. He could have had the judge sign an order specifically stating a willful and malicious intent; after all, I was not there to object, and yet he didn't. In our first hearing before the Kitsap Superior Court, which was an injunction to restrict my free speech, Mr. Nelson and his lawyers did not even know what Actual Malice was and had to have it explained to them by the Court.

In Washington State, even while in appeal, the winning party can still bleed me of everything I own based on the lower court's order, and this is why I have sought the protection of bankruptcy, as I would not be able to afford to live while I fight my appeal. During the appeal process, when I requested documents filed with the Superior Court to be sent to the Court of Appeals, I discovered that Mr. Nelson's attorneys never even filed the interrogatories with the Court and that the Superior Court made a ruling based entirely on the claim that I answered the interrogatories incorrectly, when the Court had never even seen the interrogatories. The Superior Court never acknowledged the more than 1,000 pages of evidence and declarations from victims and witnesses to Mr. Nelson's acts, the Court never acknowledged the evidence that Mr. Nelson and his friends were threatening witnesses to not testify. Instead, the Court

DECLARATION OF HOUSTON WADE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT - 6

agreed with Mr. Nelson that my interrogatories made it hard for Mr. Nelson to contact these witnesses, who he had strangely and repeatedly already had been contacting and threatening.

My experience in the Kitsap Superior Court was surreal. I had no clue this was how the justice system would work out. That a plaintiff could threaten witnesses, provide zero evidence in three years of action to counter *any* of my claims, violate my rights to due process, and withhold evidence from the Court and still get an unequivocal order from the Court stating that I besmirched the good name of a life-long criminal who has hurt so many women and young girls.

I did the right thing; I protected the most vulnerable people in my community from harm, and I have been punished for it every day since.

Attached as **Exhibit B** is a true and correct copy of my Declaration Against Motion for Temporary Restraining Order/Temporary Injunction filed in the State Court Action where I stated my I stated my goal is to warn people, especially young girls, to stay away from Mr. Nelson for their own safety. Specifically see paragraph 20 of Exhibit C.

Attached as **Exhibit C** is a true and correct copy of my answer to the Complaint in the State Court Action. Again I stated my intent. I did not encourage others to be vindictive (see page 2 line 2 of Exhibit C) but I in fact encouraged others, especially women and girls, to stay away from Mr. Nelson. (see page 2 line 2-4 of Exhibit C)

Attached as **Exhibit D** is a true and correct copy of my answers to Supplement Responses To Plaintiff's First Set of Interrogatories and Request for Production of Documents I again stated my intent for making the posts was to warn women and girls, to stay away from Mr. Nelson.

DECLARATION OF HOUSTON WADE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT - 7

Attached as **Exhibit E** is a true and correct copy of Declaration of William Nelson Regarding Motion for Entry of Judgment where he states my purpose in doing these things was to "run me off the island." No other intent was stated and this declaration the Findings of Facts and Conclusions of law is what the state court judgment is based off of.

Dated under penalty of perjury this 10th day of July in Bainbridge Island, Washington

/s/ Houston Wade
_____
Houston Wade