# EXHIBIT A

```
Houston Wade
C/O Bruciato
236 Winslow Way E.
Bainbridge Island, WA 98110
houstonwade@gmail.com
```

FILED
KITSAP COUNTY CLERK
2019 APR 26 PM 3: 52
ALISON H. SONNTAG

SUPERIOR COURT OF WASHINGTON

IN AND FOR THE COUNTY OF KITSAP

WILLIAM P. NELSON,

    Plaintiff,

vs.

HOUSTON WADE,

    Defendant

Case No.: 18-2-03205-18

DECLARATION OF KATIE FISHER IN RESPONSE TO SUMMARY JUDGEMENT MOTION

I, Katie Fisher, declare that the following matters to be true and correct under the penalty of perjury under the laws of the State of Washington:

1. I am Katie Fisher. I am over the age of 18 and am competent to be a witness to the matters herein. I am making this declaration based upon facts within my personal knowledge which would be admissible in court.

2. I met Bill Nelson at a bar in 2012, September, I believe. I had been drinking with friends at Isla Bonita, a bar on Bainbridge Island. I don't remember talking to him much as he was older than my dad, a good 20 years older than me. After the bar, I remember very little. Being in the car and him telling me he was taking me to his home.

3. I remember being in his big master bath Jacuzzi and then a brief memory of him on top of me. I came to enough to get a ride home immediately and hid the incident as I was embarrassed.

4. Now that I've heard Nelson has done this exact same thing to other women before, I am questioning a lot more about that night. I would not agree to go home with a man my dad's age if I had been able to consent.

Dated this 22nd of April 2019.

_Katie Fisher_
Katie Fisher

DECLARATION OF KATIE FISHER IN RESPONSE TO SUMMARY JUDGEMENT MOTION - 1

18-2-03205-18
DCLR 36
Declaration Affidavit
5473416