# EXHIBIT B

Houston Wade
C/O Bruciato
236 Winslow Way E.
Bainbridge Island, WA 98110
houstonwade@gmail.com

COURT NAME

JURISDICTION

WILLIAM P. NELSON,

    Plaintiff,

vs.

HOUSTON WADE,

    Defendant

Case No.: 18-2-03205-18

DECLARATION AGAINST MOTION FOR TEMPORARY RESTRAINING ORDER/TEMPORARY INJUNCTION

RECEIVED AND FILED
JAN 16 2019
KITSAP COUNTY CLERK
ALISON H. SONNTAG

Comes now the defendant herein, Houston Wade, declaring under penalty of perjury as follows:

1. I am the defendant in the above entitled action. I make this declaration of my personal knowledge.

2. I have known Bill Nelson since I was four years old. He married my best friend Audrey Olson's mother, Ginger Larson. From the moment Mr. Nelson was around, my mother told me that I was no longer allowed to go to Audrey's home (she lived two floors above me), but that Audrey was allowed to come to our home. My young mind didn't know the reason why this was the case, but what I didn't know at the time and was later revealed to me, was that Mr. Nelson was a violent alcoholic and cocaine addict and this was why I was not allowed to go to Audrey's home. Mr. Nelson even confirmed under oath at the Du Wors v. Wade hearing in the Bainbridge Island Municipal Court on November 6th that this was a period of intense cocaine use for him.

3. After Audrey and her family moved to a new home on the island, I did not have any memorable interactions with Mr. Nelson, although, during that time he still managed to get in trouble with others, be arraigned for numerous DUIs, and had a domestic violence restraining order against him protecting his wife Ginger Larson. In the ensuing years, I did not have much contact with Mr. Nelson aside from a meeting where the high school's Earth Service Corps held their Christmas party hosted by his then step daughter at their home in Eagledale in 1998; but then in March of 1999, after the Tolo dance my senior year, a contingent of us students went to an after party. Yes, there was some underage drinking, but the party was

DECLARATION AGAINST MOTION FOR TEMPORARY RESTRAINING ORDER/TEMPORARY INJUNCTION - 1

18-2-03205-18
DCLR 19
Declaration Affidavit
4670146

mostly tame, until a drunk, 40-year old Bill Nelson appeared with a baggy of cocaine and almost immediately tried to force himself on an incapacitated 15-year old girl. The other boys and I managed to get the drunk Mr. Nelson out of the home and then stood guard in case he made another appearance. One of my greatest regrets in life was not calling the police that night, but many of my friends were in possession of alcohol and in my juvenile brain I justified it by telling myself that I didn't want them to get in trouble for that.

4. In 2001 Mr. Nelson announced his candidacy for the Bainbridge city council and towards the end of the filing period he was still running unopposed. After what I witnessed at that high school party a little more than two years earlier, I decided that I could not in good conscience allow a man like Bill Nelson have any political power on the Island and I paid the filing fee and threw my hat into the ring. Unbeknownst to me, Bill Knobloch had also had disturbing run-ins with Mr. Nelson and filed to run the last minute just as I had done.

5. As the summer wore on, it became apparent that Mr. Knobloch had the better chance to win than my inexperienced, youthful 20 years, so I dropped out of the race and endorsed him. I did some research into Mr. Nelson's fundraising and wrote a letter to the editor of the Bainbridge Review published the Wednesday before the election on October 31st, 2001. In my letter I highlighted just how much money Nelson had raised at the time, some $13,000, and made note of the television commercials Nelson managed to run during the Nielson ratings record-breaking 2001 Mariners games, as well as Mr. Nelson's ulterior motive which was to skirt and drastically change building code and zoning laws and start developing the island. Mr. Nelson has a history of violating code. Trees determined to remain as greenspace would somehow all be cut down on a weekend. Homes that were to be set aside to low-income residents would be sold to Mr. Nelson's family members...

6. Mr. Nelson never responded to my letter with one of his own. Instead, The Bainbridge Review published a front-page article on Saturday November 3rd (The Review was twice a week back then) about how much money was being raised to fund campaigns on the Island, and where much of this money was coming from. Mr. Nelson's response to my letter and The Review article was to get drunk all Saturday morning at the Wing Point Country Club, Where Ms. Janelle Jefferson was his server, and then come to my place of work,

DECLARATION AGAINST MOTION FOR TEMPORARY RESTRAINING ORDER/TEMPORARY INJUNCTION - 2

the Town & Country coffee bar at about 3pm, and threaten me in front of dozens of customers. Mr. Nelson also loudly said he was going to get me fired from my job.

7. The following Tuesday Mr. Nelson lost the city council race in a big way and the next night came into T&C as I was closing the coffee bar and threatened my life, this time while I was alone. I called the police and got a manager and Nelson left. Mr. Nelson continued sneaking into the coffee bar several nights in a row to threaten me, sometimes saying things, sometimes passing by the window of my work area to stare me down and draw a finger across his throat. The store eventually had to hire a security guard whose entire job was to sit with me at night in case Mr. Nelson showed up. It was also during this time that Mr. Knobloch's next door neighbor and campaign manager, Mike Smith, had to obtain a restraining order against, and police protection from, Mr. Nelson for the exact same manner of physical threat and stalking.

8. Flash forward a few years to around 2004/2005, and Katie Wainio was the commercial loan officer for Sterling Savings Bank on Bainbridge Island. The bank rejected Mr. Nelson's commercial loan application for his desire to construct a large development in the Lynwood neighborhood of Bainbridge Island, a development he named "Blossom Hill". A few weeks later Ms. Wainio began her new job as the commercial loan officer at Kitsap Bank. Mr. Nelson applied for a similar commercial loan there as well and was rejected by Ms. Wainio a second time. Mr. Nelson then began stalking and threatening Ms. Wainio and she apparently sought a protective order against him.

9. Ms. Wainio then phoned other banks in an effort to blackball Mr. Nelson from every commercial lender she could think of and this delayed Mr. Nelson's development plans by many, many months. Mr. Nelson finally secured a loan from City Bank of Lynnwood and when construction began, a more than $1 million renovation of the Manor House had to be completed before other construction could commence on the rest of the development. The initial development plan was scaled back to about 80 residential units. During construction Mr. Nelson ran afoul of the law by illegally dumping more than 2200 dump truck loads of soil into the sand pit between Bucklin Hill Road and Lynwood Center Road. The geologists who alerted the State about the illegal and possibly toxic dumping then also experienced physical threats and harassment from Mr. Nelson. Financial delays, construction delays due to the Manor House renovation, and legal troubles like the soil swap ate into Mr. Nelson's capital and as the economy collapsed into the Great

DECLARATION AGAINST MOTION FOR TEMPORARY RESTRAINING ORDER/TEMPORARY INJUNCTION - 3

Recession, so did Mr. Nelson's project and it fell into foreclosure. This foreclosure cost many investors millions of dollars..

10. Never one to miss an opportunity Mr. Nelson attempted to file liens against himself for work completed in an effort to retain control of the development. It didn't work, for unknown to Mr. Nelson, one of the principal investors in Whidbey Island Bank was Jerry Dennon, and Mr. Dennon hated Mr. Nelson with every fiber of his being which is why Whidbey Island Bank was willing to bid $10 million in April of 2011 for the deeds to the development that had been held by City Bank of Lynnwood prior to its collapse. Mr. Dennon's daughter was Elizabeth Kaltreider whom Mr. Nelson had raped a few years earlier and never faced the consequences of his actions for that atrocity. Ms. Kaltreider had committed suicide only two months before, and Mr. Dennon blamed Mr. Nelson for her death.

11. Mr. Dennon made sure that the Blossom Hill development was foreclosed upon and later sold to John Jacobi to complete in early Summer of 2011 and renamed to "Pleasant Beach Village".

12. I had only learned of Mr. Nelson's rape of Ms. Kaltreider about that time in 2011 when during a conversation about the foreclosure of the development Troy Dettman told me about how he and his wife Gretchen were awoken in the middle of the night at their Ft. Ward home by a woman screaming for help. When they opened their front door, they found a naked Elizabeth Kaltreider shaking and exclaiming that she had just been raped and needed help. They witnessed several men quickly get into a car and drive away from the scene. The couple covered and comforted her and called the police. When the cops arrived, they found Mr. Nelson standing in the Dettman's driveway staring the couple down and smirking. The police briefly spoke with the Dettman's and Ms. Kaltreider and then returned to Mr. Nelson where they visibly shook his hand and then talked and joked with Mr. Nelson for a period of time. After which, the police informed the Dettman's that nothing nefarious had happened. The Dettmens witnessed the police physically assault Ms. Kaltreider and throw her onto the hood of the police car and threaten her with arrest. The police then left the scene, no official statements taken, no police report filed, no trip to the hospital for the victim, no rape kit administered. The police just got into their patrol cars and drove away, leaving a naked and traumatized Elizabeth Kaltreider in the care of two complete strangers. Sadly, Ms. Kaltreider jumped to her death off the Agate Pass Bridge in February of 2011 after telephoning her son to say

DECLARATION AGAINST MOTION FOR TEMPORARY RESTRAINING ORDER/TEMPORARY INJUNCTION - 4

goodbye, but according to an ex-girlfriend of Mr. Nelson's, Mr. Nelson had informed her that Ms. Kaltreider had indeed accused him of rape and had also telephoned him in the moments leading up to her death.

13. Including my own witnessing of Mr. Nelson attempting to force himself on a teenager at a party over a decade earlier, this made for the third instance of sexual assault by Mr. Nelson of which I was personally aware. In 2009, my coworker Meghan Kent, now Meghan Angell, a graduate of Bainbridge High School in 2004, told me about how when she was an underage teen one of her female friends invited her to a party at the "Chicken Coop" speakeasy in the Lynwood neighborhood of Bainbridge Island and she went along. When Mrs. Angell arrived, she was horrified to discover that Mr. Nelson and several prominent members of the Island's community, including Bainbridge police officers and members of the fire department, were engaged in plying these underage girls with drugs, alcohol, and cash to strip and perform sex acts on the men. She said the room was out of control and deeply disturbing. This information I found so completely astounding that I didn't know what to make of it or how to process it at the time. You will note that Mrs. Angell confirms the story in a comment under my initial Facebook post about Mr. Nelson in the documents submitted as evidence in Exhibit D by Mr. Nelson where she writes "Disgusting. And True…" Apparently just like in the Jeffrey Epstein case that has recently been in the news, the men would have the girls who performed bring in their friends to also perform at later parties.

14. A few years later I was discussing the Blossom Hill development and John Jacobi's takeover with a Mr. Ryan Landworth in 2012, when Mr. Landworth said that Bill Nelson and the Chicken Coop was the entire reason he had quit the fire department and went back to school to become a blacksmith. He then told me about how one of his superiors at the department invited him to a party at the Chicken Coop speakeasy in 2006 where he discovered Mr. Nelson and other powerful men including Bainbridge police officers and fellow firefighters engaged in plying underage girls with drugs, alcohol, and cash to strip and perform sexual acts on them. Horrified that his son's classmates from the high school were being exploited like this by men who should be pillars of the community, Mr. Landworth left. The accounts of these two sources, Mr. Landworth and Mrs. Angell, means that Mr. Nelson perjured himself during the Du Wors hearing when he claimed that no such parties ever happened at the Chicken Coop.

DECLARATION AGAINST MOTION FOR TEMPORARY RESTRAINING ORDER/TEMPORARY INJUNCTION - 5

15. I suddenly had independent corroboration of the same event from individuals who did not know each other and sent an email to Josh Farley of the Kitsap Sun relaying what I knew and got Mr. Farley in contact with both Mr. Landworth and Ms. Angell. Eventually, after a 7-month investigation, the Kitsap Sun did not run the story citing that since the initial incident occurred almost decade earlier and the police involved were no longer with the department thanks to the hiring of Chief Hamner, it was no longer "news-worthy". I was completely disappointed.

16. Since that time Mr. Dean Gellert confirmed that these parties had been going on for years at the home of Mr. Nelson's friend Bill Blakely even prior to the Chicken Coop existing, where Mr. Blakely had a stripper pole installed and regularly hired girls from Bainbridge High School to do strip shows and more for large groups of his friends. These illegal events continued when Mr. Blakeley built the Chicken Coop and installed a stripper pole in there as well. Apparently, these parties are where noted porn star Tori Black got her start doing sex work while she was still a student at Bainbridge High School. Mr. Blakely even convinced one of the teenagers who performed at these parties, Mrs. Molly Aquino Roth, to drop out of school and move in with him.

17. My initial Facebook post concerning Mr. Nelson was inspired by the treatment of Dr. Blasey-Ford during the Kavanaugh hearing in early October. Many people had complained that Blasey-Ford had waited 35 years to come forward and my post was a demonstration of how a victim can come forward immediately and still nothing will be done. I have little doubt that the officers who responded to the Dettman's 911 call were among the officers present at the Chicken Coop speakeasy sex parties.

18. After being fed up with years of whispers about rape, assault, and abuse on the Island, I created the news page The Bainbridge Island Bad List, and Mr. Nelson was one of the first men I decided to profile on the page. A large portion of the women on the island are well-aware of Mr. Nelson's bad intentions. If the comments under my initial Facebook post are any indication, Mr. Nelson will willingly go after underage girls. There is a reason they referred to him as "Bad Bill".

19. Mrs. Ashley Cross Degrow wrote to me about how Mr. Nelson was very inappropriate towards her when she, as a child, was visiting a job site where her father was a subcontractor for Mr. Nelson, and later groped her at a party at the Chicken Coop where Mr. Nelson's son Matt witnessed it and almost got into a fight

DECLARATION AGAINST MOTION FOR TEMPORARY RESTRAINING ORDER/TEMPORARY INJUCTION - 6

with his father over the incident. Mrs. Cross Degrow also witnessed Mr. Nelson attempting to get young women drunk specifically to take advantage of them while they were too intoxicated to consent. Mrs. Cross Degrow can also testify that Mr. Nelson lied under oath about when he stopped using cocaine and witnessed Mr. Nelson use cocaine recently. Mr. Jerod Ouellette recounted to me how he showed up to the Chicken Coop one night to find his girlfriend passed out and Mr. Nelson's hand down her pants. I was also made aware of two women, who at this time wish to remain nameless, who agreed to go to the Chicken Coop with Mr. Nelson and have no memory of the evening and woke up in a strange place with no clothes and had to escape with only a stolen blanket to cover the both of them. I was contacted by Mrs. Katie Fisher who relayed to me that Mr. Nelson took advantage of her intoxication and inability to consent and raped her in the Fall of 2012. Three people have now informed me about how at his own wife's birthday party Mr. Nelson was caught sexually assaulting a woman. I was also informed by a former employee of his about inappropriate contact Mr. Nelson had with the minor child of the former general manager of his failed restaurant. Some of the photographs on the walls of the Chicken Coop were cropped to show the faceless naked bodies of underage teen girls who had performed at the sex parties; as if displaying underage girls from the neck down somehow made it ok. Mr. Landworth has a photo on his cellphone of these "decorations" at the Chicken Coop. These stories all show a pattern of behavior by Mr. Nelson and his friends and easily establish that he is a threat to women and girls in our community, and that I was being forthright and responsible by publishing my article about him.

20. I created the Bainbridge Island Bad List as a news page to inform the community of who the predators are among us, and Mr. Nelson fits that bill to a 'T'. I didn't stalk Mr. Nelson, and I didn't harass him. I wrote an article about his predatory actions which were confirmed by many, many sources. My goal is to warn people, especially young girls, to stay away from Mr. Nelson for their own safety. The purpose of journalism is to expose abuse, and that is exactly what I have done in this instance. The abuse of women and girls, and the abuse of the system designed to serve and protect them.

21. Mr. Nelson is not scared of me, he is not intimidated by me. What he does not like is my publicly revealing what so many women and girls on this island already know; that he is a sexual predator. I don't care what

DECLARATION AGAINST MOTION FOR TEMPORARY RESTRAINING ORDER/TEMPORARY INJUCTION - 7

the abusers think. I am done being silent about the behavior of these men, and the members of our community deserve to be warned about them and to know the truth.

22. It is impossible to defame a man who is infamous in our community for his drunken, abusive, and predatory behavior. He lost $27 million of other people's money, he illegally dumped thousands of truckloads of soil, he has a history of violence and threats, he is a well-known drunk with multiple DUI arrests to his name, including a pending charge of DUI and hit and run at the Seattle ferry terminal from June 28th of this year. At the Du Wors hearing when the judge called for a recess at 3pm in the afternoon on a Tuesday, Mr. Nelson loudly exclaimed, "Damn, I need a beer!" to which both the Judge and the bailiff shot Mr. Nelson looks of bewilderment since he had just been questioned under oath about his alcoholism and drug use; and let's not forget that Mr. Nelson has raped or sexually assaulted many women and girls on Bainbridge Island. I wrote an article and have sources for my statements. That is not defamation.

23. I ask the court to dismiss this restraining order and lawsuit. Although, if this protective order is to go further, as Mr. Nelson wishes, I ask the court to require both he and myself to submit to psychological and chemical dependency evaluations prior to the court issuing any findings about this requested order. It is my belief that Mr. Nelson's history of drug and alcohol abuse means that his recollection of events are at best shoddy, and at worst outright lies in a vain attempt to protect himself from the consequences of his actions. Also, his inability to tell the truth under oath at the Du Wors hearing means that he is an unreliable witness. Alcoholics cannot be trusted, and alcoholism is no excuse to rape and assault women and girls.

24.

Dated 6th of January 2019.

Houston Wade

DECLARATION AGAINST MOTION FOR TEMPORARY RESTRAINING ORDER/TEMPORARY INJUCTION - 8