# EXHIBIT E

18-2-03205-18
DCLR 61
Declaration Affidavit
11008566



IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR KITSAP COUNTY

| WILLIAM NELSON,<br><br>              Plaintiff,<br>v.<br><br>HOUSTON WADE,<br><br>              Defendants. | NO. 18-2-03205-18<br><br>DECLARATION OF WILLIAM NELSON REGARDING MOTION FOR ENTRY OF JUDGMENT |
|---|---|

William Nelson declares as follows:

1. I am the plaintiff herein. I am over 18 years of age, competent to testify, and make this declaration from personal knowledge.

2. I have lived and worked on Bainbridge Island for my entire life, over 62 years. I have lifelong friendships. I have worked as a contractor my entire career and rely on my reputation to obtain business for my contracting company. I started my business in 1987.

3. Starting in 2018, as set out in the Complaint, Mr. Wade began publishing defamatory statements about me. These statements included:

    a. Allegations that I raped a woman in Fort Ward and engaged in a coverup with the Bainbridge Fire Department.

    b. Allegations that a "victim" of mine, Elizabeth Kaltreider, committed suicide as a result of my actions.

Declaration of William Nelson -1

KITSAP LAW GROUP
3212 NW Byron Street Suite 101
Silverdale, WA 98383
Tel (360) 692 6415
Fax (360) 692 1257

Case 22-01039-TWD    Doc 83-5    Filed 07/05/23    Ent. 07/05/23 15:59:33    Pg. 2 of 4

c. Allegations that I engaged in illegal conduct, in conjunction with the Bainbridge Island Police and Fire Departments, with underage women at a "speakeasy" called the "Chicken Coop," including paying money and liquor and drugs in exchange for illegal and immoral conduct, including rape and child abuse.

d. Allegations that I conspired with the Bainbridge Island Police Department to cover up the alleged crimes defendant accuses me of such as running a child sex ring.

e. Allegations that I committed domestic violence against my former spouse.

f. Allegations that I have "beaten the shit out of" my step children.

g. That I am a "coke" head.

h. That I have stalked defendant and tried to kill him several times. (See also Declaration in Support of Motion for Temporary Restraining Order filed 12/30/18.

4. These allegations were all false.

5. ==Defendant's purpose in doing these things was to "run me off the island."==

6. My clients and friends have seen these posts and also received letters with their content. My reputation has been injured and I fear future injury if these exact lies are continued to be repeated.

7. After these posts and publications came to light, I lived in constant fear that there would be vigilante retribution, that the threats I saw on social media would be carried out. I was always afraid that people I knew and saw regularly would think less of me when I saw them in town.

Declaration of William Nelson -2

KITSAP LAW GROUP
3212 NW Byron Street Suite 101
Silverdale, WA 98383
Tel (360) 692 6415
Fax (360) 692 1257

Case 22-01039-TWD    Doc 23-5    Filed 01/05/23    Ent. 01/05/23 15:59:33    Pg. 3 of 4

8. I was afraid I would lose jobs, and unfortunately, I did lose business. I was dropped from the BISD Small Works Roster because of these allegations. Looking at my business's profit and loss statements I lost substantial income. I estimate I lost over $200,000 in income in 2018 and 2019 due to Mr. Wade's allegations.

9. I suffered from emotional distress because of these allegations. Bainbridge Island is a small community and I was in constant fear that someone was looking at me – thinking these allegations were true.

10. I live in constant fear that he will again start making these wild allegations that have no basis in reality.

11. I ask that the Court order a narrow restraining order prohibiting Mr. Wade from making the allegations he made that are subject of this lawsuit, and enter judgment against him for $500,000.00 for the monetary, and non-monetary losses I have suffered as a result of his wrongful actions.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge and ability.

Dated this 3 day of ~~August~~ Sept at Bainbridge Island, Washington.

_____
William Nelson

Declaration of William Nelson -3

KITSAP LAW GROUP
3212 NW Byron Street Suite 101
Silverdale, WA 98383
Tel (360) 692 6415
Fax (360) 692 1257

Case 22-01039-TWD    Doc 23-5    Filed 07/05/23    Ent. 07/05/23 15:59:33    Pg. 4 of 4