Erin Lane WSBA 42504  
Washington Law Group, PLLC  
2319 N 45th St Ste 215A  
Seattle, WA 98103  
Tel. 206.686.6054  
Fax 206.400.7919

Honorable Timothy Dore  
Chapter 7  
Hearing Date: 8.11.23 9:30 am  
Response Date: 8.4.23  
Location: Seattle 8106

IN RE: )
) LEAD CASE NO. 22-10852-TWD
HOUSTON CURRY WADE )
)
        Debtor )
_____)
) ADVERSARY CASE NO. 22-01039-TWD
WILLIAM NELSON )
        Plaintiff, )
) PROOF OF SERVICE
)
HOUSTON CURRY WADE )
        Defendant )
)
_____)

I declare under penalty of perjury on 7.11.2023 I caused the Defendant's Houston Curry Wade Motion for Summary Judgment, Declaration of Houston Wade In Support of Motion for Summary Judgment with attached exhibits, Proposed Order and Notice of Hearing to the following via ECF:

Jessica M. Cox – (Plaintiff's Counsel) jcox@williamskastner.com  
Paul Friedrich – (Plaintiff's Counsel) – pfriedrich@williamskastner.com  
Allison Booker – (Plaintiff's Counsel) – Abooker@williamskastner.com  
Honorable Timothy Dore  
US Trustee

DATED: July 11, 2023

                      */s/Erin Lane*  
                      Erin Lane, WSBA #42504  
                      Attorney for Debtors

- 1 -- **PROOF OF SERVICE**           Washington Law Group, PLLC  
                                         2319 N 45th St Ste 215A  
                                         Seattle, Washington 98103  
                                         Tel. 206.686.6054  
                                         Fax 206-400.7919