# Washington Law Group, PLLC

2319 N 45th St Ste 215A  
Seattle, WA 98103  
P – 206.686.6054  
F – 206.400.7919

Managing Attorney: Erin Lane  
ErinL@washingtonstateattorneys.com

July 25, 2023

Honorable Timothy W. Dore

Re: Nelson v. Wade  
Adversary 22-01039 - Plaintiff's and Defendant's Motions for Summary Judgment  
Request to Appear by Telephone 8.11.23 9:30 Hearing

Dear Judge Dore

I am writing today to request to appear by telephone at the August 11, 2023, 9:30 hearing on Plaintiff's Renewal of Motion for Summary Judgment and Defendant's Motion for Summary Judgment. I will not have my normal daycare on this day. My mom is my daycare for my 22 month old daughter and we just found out my dad has to have major surgery on August 10, 2023. My mom will be taking care of my dad while he recovers. I am asking the court to appear by telephone at this hearing.

Sincerely,


**/s/ Erin Lane**  
Attorney