| | |
|---|---|
| Erin Lane WSBA 42504<br>Washington Law Group PLLC<br>2319 N 45th St Ste 215A<br>Seattle, WA 98103<br>P – 206.445.8281 | The Hon. Timothy Dore<br>Chapter 7<br>Hearing Date: 8.11.23 9:30am<br>Response Date 8.4.23<br>Location: Seattle 8106 |

# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

In Re:

HOUSTON CURRY WADE,

                Debtor.
_____

WILLIAM NELSON,

                Plaintiffs,

vs.

HOUSTON CURRY WADE,

                Defendant.

Bankruptcy No. 22-10582-TWD
Chapter 7

Adversary No.22-01039

PROOF OF SERVICE

On August 4, 2023, I hereby certify that I electronically filed the foregoing, Opposition to Plaintiff's Renewed Motion for Summary Judgment with attached exhibit, Declaration of Erin Lane with attached exhibits and Declaration of Houston Wade with attached exhibits with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

1. Paul Friedrich – pfriedrich@wiliamskastner.com – attorney for plaintiff
2. Jessica Cox – jcox@williamskastner.com – attorney for plaintiff
3. Allison Booker - abooker@williamskastner.com – attorney for plaintiff
4. Honorable Timothy Dore
5. US Trustee

**Proof of Service**

Page 1

WASHINGTON LAW GROUP, PLLC
2319 N 45th St Ste 215A
Seattle, WA 98103
TELEPHONE 206.686.6054
FAX 206.400.7919

Case 22-01039-TWD    Doc 57-2    Filed 08/04/23    Ent. 08/04/23 16:18:57    Pg. 1 of 2

| 1 | Dated this 4th day of August 2023 | |
|---|---|---|
| 2 | | /s/ Erin Lane |
| | | Erin Lane, WSBA #42504 |
| 3 | | Attorney for Debtor |

**Proof of Service**

Page 2

WASHINGTON LAW GROUP, PLLC
2319 N 45th St Ste 215A
Seattle, WA 98103
TELEPHONE 206.686.6054
FAX 206.400.7919