Washington Law Group, PLLC
Erin Lane WSBA 42504
2319 N 45th St Ste 215A
Seattle, WA 98103
P – 206.686.6054
F – 206.400.7919

HONORABLE TIMOTHY W. DORE
Chapter 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: )<br>)<br>HOUSTON CURRY WADE )<br>)<br>Debtor )<br>_____ )<br>)<br>WILLIAM NELSON )<br>Plaintiff, )<br>)<br>HOUSTON CURRY WADE )<br>Defendant )<br>_____ ) | LEAD CASE NO. 22-10852-TWD<br><br>ADVERSARY CASE NO. 22-01039-TWD<br><br>DEFENDANT'S WITNESS ESTIMATE FORM and EXHIBIT LIST PURSUANT to FRCP 26(a)(3) and FRBP7026 |

Defendant Houston Curry Wade's Witness Estimate Form

Trial Date: September 12, 2023, at 9:30 AM

| Ex No. | DESCRIPTOIN | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 1. | HOUSTON CURRY WADE<br>13355 N Madison Ave NE Bainbridge Island, WA 98110<br>808.989.2901 | Defendant, 1.0 | His subjective intent in writing the posts made to the Bainbridge Island Bad List |

- 1 - -    Defendant's Witness Estimate Form and Exhibit List
         Pursuant to FRCP 26(a)(3) and FRBP 7026

WASHINGTON LAW GROUP, PLLC
2319 N 45th St Ste 215A
Seattle, Washington 98103
Tel. 206-686-6054
Fax 206-400-7919

Case 22-01039-TWD    Doc 65    Filed 08/14/23    Ent. 08/14/23 13:19:55    Pg. 1 of 5

| | Defendant Houston Curry Wade's Estimate Exhibit Form | | | |
|---|---|---|---|---|
| | Ex No. | Description | Identified | Admitted |
| | D1 | Bainbridge Island Bad List Mission Statement | | |
| | D2 | October 4, 2018, Facebook Post, Comments and Replies | | |
| | D3 | Bainbridge Island Bad List Article October 21, 2018 | | |
| | D4 | Houston Wade Facebook Post January 31, 2019, regarding just winning the injunction, comments and replies | | |
| | D5 | Kitsap Sun August 19, 2011, Article "Work to resume on Bainbridge development that's been frozen two years" | | |
| | D6 | Answer filed on January 16, 2019, in | | |

- 2 - - Defendant's Witness Estimate Form and Exhibit List
Pursuant to FRCP 26(a)(3) and FRBP 7026

WASHINGTON LAW GROUP, PLLC
2319 N 45th St Ste 215A
Seattle, Washington 98103
Tel. 206-686-6054
Fax 206-400-7919

| | | | |
|---|---|---|---|
| | Kitsap Superior Court Case No 18-2-03205-18 | | |
| D7 | Declaration Against Motion for Temporary Restraining Order/Temporary Injunction and attached exhibits filed on January 16, 2019 in Kitsap Superior Court Case 18-2-03205-18 | | |
| D12 | Kitsap County Superior Court Case 94-2-01102-4 Ginger S. Nelson v. William P. Nelson Docket | | |
| D9 | Kitsap County Superior Court Case 94-2-1102-4 Petition for An Order for Protection with Temporary Order for Protection | | |
| D10 | Kitsap County Superior Court Case | | |

- 3 - - Defendant's Witness Estimate Form and Exhibit List
Pursuant to FRCP 26(a)(3) and FRBP 7026

WASHINGTON LAW GROUP, PLLC
2319 N 45th St Ste 215A
Seattle, Washington 98103
Tel. 206-686-6054
Fax 206-400-7919

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | 94-2-1102-4 Domestic Violence/Unlawful Harassment Criteria Evaluation |  |  |
|  | D11 | Kitsap County Superior Court Case 94-2-1102-4 Declaration of Ginger S. Nelson |  |  |
|  | D12 | Motion to Revoke Deferred Prosecution Filed July 16, 2018 in Bainbridge Island Municipal Court Case 17841702 |  |  |
|  | D17 | Criminal Complaint filed on May 12, 2014 in Bainbridge Island Municipal Court with attached Certificate of Probable Cause Case Report 14-585 |  |  |

Dated August 14, 2023

/s/ *Erin Lane*
Erin Lane, WSBA No.42504

- 4 - -    Defendant's Witness Estimate Form and Exhibit List
Pursuant to FRCP 26(a)(3) and FRBP 7026

WASHINGTON LAW GROUP, PLLC
2319 N 45th St Ste 215A
Seattle, Washington 98103
Tel. 206-686-6054
Fax 206-400-7919

Attorney for Debtor/Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of August 2014 a true and correct copy of the foregoing DEFENDANT'S Witness Estimate Form and Estimate Exhibit List Pursuant to FRCP 26(a)(3) and FRBP 7026 was electronically served via CM/ECF to the following:

Paul Friedrich
Jessica Cox
Allison Booker
US Trustee
Honorable Timothy W Dore

/s/Erin Lane
Erin Lane, WSBA 42504
Attorney for Debtor/Defendant

- 5 -- Defendant's Witness Estimate Form and Exhibit List
Pursuant to FRCP 26(a)(3) and FRBP 7026

WASHINGTON LAW GROUP, PLLC
2319 N 45th St Ste 215A
Seattle, Washington 98103
Tel. 206-686-6054
Fax 206-400-7919