# EXHIBIT D1

