# EXHIBIT D2











Years ago a connected, alcoholic Republican politician/real estate developer raped my friend's daughter in Fort Ward. She escaped and ran naked to the door of the neighbors, who happens to be another friend of mine, screaming for help. They took her in, and called the police. When the cops arrived they shook hands with the rapist and joked with him for some time and then left. No arrests, no charges, no taking the victim for a medical exam or rape kit. Nothing.

Years later, in the middle of the night, she phoned her 13 year old son and said her goodbyes, then jumped from the Agate Pass Bridge.

It doesn't seem to matter if it is reported the moment it happens, or 36 years later. Rich, drunk, asshole frat boys will still get away with it.

**#DumpKavanaugh**













Write a comment...





D2





23% 12:12 AM

Replies



**Tracy Lang**
He still here?

2w Like Reply



**Houston Wade**
Yup. Bill Nelson. I worked hard to bankrupt him and finally did. We got the Manor House declared a historic landmark and managed to keep banks from lending to him for years, so that when he finally began construction at Pleasant Beach it was right before the bottom fell out of the economy and he had to spend millions renovating the Manor House before he was allowed to start building the rest of the development.

A group of us met at the Treehouse and sat outside and cheered everytime he left with a load in his pickup truck as he was being evicted from the development by the bank.

2w Like Reply


14



**Alaina Brooke-Simcoe Seyssel**


Write a reply...








23% 12:12 AM

Replies





**Alaina Brooke-Simcoe Seyssel**
He was horrendous. I remember him sniffing any young woman he could get close to

2w Like Reply





**Houston Wade**
My senior year I was at a party full of other high schoolers and he appeared out of no where and tried to force himself on a 15 year old girl who was passed out on a couch. A large group of us removed him. I ran for city council at 20 entirely because he ran and there was no way I was going to let that sack of shit have sway over our community.

2w Like Reply





**Tracy Lang**
Photo?

2w Like Reply



**Shannon Evans**
Just an old pedophile...

2w Like Reply



Write a reply...












23% 12:12 AM

Replies





**Tracy Lang**
Photo?

2w Like Reply



**Shannon Evans**
Just an old pedophile...

2w Like Reply



**Houston Wade**
He's the piece of shit on the left.
http://www.bainbridgereview.com/news/more-than-a-fresh-coat-of-paint/







BAINBRIDGEREVIEW.COM
More than a fresh coat of paint | Bainbridge Island Re…

2w Like Reply



**Tracy Lang**
This fucker shares my building

2w Like Reply



**Houston Wade**
Gross. He is pure rapist evil. He's abusive and a drunk. Steer clear!


Write a reply...







23% 12:12 AM

Replies





**Tracy Lang**
This fucker shares my building

2w Like Reply



**Houston Wade**
Gross. He is pure rapist evil. He's abusive and a drunk. Steer clear!

2w Like Reply



**Shannon Evans**
**Houston Wade** Tracy would scare the living shit out of him. He prefers them young, blond, and uneducated.

2w Like Reply



**Zaakera Stratman**
**Tracy Lang** I don't know you but I would be in if a group of people wanted to start tormenting him and making his life miserable. **Houston Wade** thank goodness for good men in the world like you! Thank you for always caring...stepping up and in!



2w Like Reply



**Jesse Ziebart**



Write a reply...













23% 12:12 AM

Replies





**Zaakera Stratman**
**Tracy Lang** I don't know you but I would be in if a group of people wanted to start tormenting him and making his life miserable. **Houston Wade** thank goodness for good men in the world like you! Thank you for always caring...stepping up and in!

2w Like Reply





**Jesse Ziebart**
Don't stop fighting, Houston.

2w Like Reply





**Shannon Evans**
**Tracy Lang** don't let your daughter near him...I am serious. He is super creepy and tried hitting on my son's gf when they were still in HS.

2w Like Reply



**Ashley Cross DeGrow**
In the group of guys that all graduated around that same time call him Bad Bill. Everyone knows to keep their daughters away from



Write a reply...











D2


23% 12:13 AM

Replies





**Ashley Cross DeGrow**
In the group of guys that all graduated around that same time call him Bad Bill. Everyone knows to keep their daughters away from him. He also fucks over nearly everyone he goes into business with.

2w Like Reply 



**Samantha Goakey**
OH MY GOD!!!!! I remember all of this but didn't know it was him. NOT SURPRISING BUT HOLY SHIT! Her son played on DS' baseball team when she jumped 😞 I remember it all too well. So so sad. Fuck him. He always tried shit with me too.

2w Like Reply



**Houston Wade**
He's a monster. 

2w Like Reply



**Steve Nagle**
**Alicia**

2w Like Reply


Write a reply...









 

23% 12:13 AM



Houston Wade





**Shelwyn Payne**
I am so very proud of you ! Thank you, thank you, thank you ❤️

2w Like Reply





**Livia Hernandez**
This makes me physically ill 🤢

2w Like Reply





**Zaakera Stratman**
Would it be okay for me to share this story? Please.

2w Like Reply



**Houston Wade** By all means!



**Zaakera Stratman**
Also my heart breaks for her and her son...this is where we ALL must rise up with our voices to ensure this shit ends!! Thank you for sharing this story.

2w Like Reply



**Doug Hunt**
That's sick. Although I don't doubt the story about the cops. I've heard stories about how crooked they used to be. According to someone that got coke directly from him, one of the old police



Write a comment...











12:13 AM

Houston Wade





**Doug Hunt**
That's sick. Although I don't doubt the story about the cops. I've heard stories about how crooked they used to be. According to someone that got coke directly from him, one of the old police chiefs actually dealt coke on the island.

Remember that triple homicide 30 years ago? It was before I moved to the island. I actually think I know why they were killed, piecing together disparate stories I've heard about that time.

2w Like Reply





**Keith Brofsky**
OMG... I had no idea. Man... you should write a book. You've seen it

Ron James? THIS is why we can't stomach your ilk! Get it now?!

2w Like Reply



**Jesse Ziebart**
I remember the triple homicide

2w Like Reply



**Doug Hunt**



Write a comment...













23% 12:13 AM

Houston Wade





**Doug Hunt**
It was a coke murder for sure. They never solved it, but I'm fairly sure that was at least partially deliberate.

There were three kids killed, and one of their classmates came into the store I was working at, in 97/98, and told me the elder boy of the three was at school bragging about how he had ripped off money from a coke dealer in Seattle. Then he turns up dead, and the police chief, who also… See More

2w Like Reply





**Houston Wade** It's been rumors about coca…



**Eileen Hurley Safford** Actually, it has been…



**Shannon Evans** The corroborator and the ki…



**Juliana Sims Wesner**
I'm assuming he still can't be held accountable somehow? Even a civil suit? How could the community as a whole allow him to escape any consequence?

2w Like Reply

**View 3 previous replies**



Write a comment…











D2


23% 12:13 AM



Replies



2w Like Reply



**Houston Wade**
It's been rumors about cocaine and the police/Sheriff's offices back then. The murder happened before the Island became a city and was on land that was country Sheriff domain at the time.



2w Like Reply



**Eileen Hurley Safford**
Actually, it has been solved, but charges were not filed in all three murders. Someone "partially confessed," but the hope was that he would give more information. Apparently, he has not given enough to formally wrap it up, even though the evens and those involved are known.

2w Like Reply



**Shannon Evans**
The corroborator and the killer were both in prison and both died if my memory serves...

2w Like Reply



Write a reply...














23% 12:14 AM

Houston Wade





**Houston Wade**

About 10-15 years ago the Chicken Coop Speakeasy in Lynwood Center was used for sex parties between Bainbridge cops and underaged girls (it wasn't just cops, there were other prominent members of the community like the above Bill Nelson who were regulars. A friend of mine quit the Fire Department because his boss at the time brought him to one of these parties). The cops would ply the girls with drugs to do acts on them.

I am so glad those horrible men are gone from our community, but the fact they all aren't rotting away in prison is travesty. A community is only as good as its law enforcement.

2w Like Reply




**View 13 previous replies**



**Brian Danzig** Ron - you'd hate it here as mu...



**Keith Brofsky** Well, I admire your faith in pe...



**Susan Jeswine Oshea** Keith Brofsky ....



**Rachel Rose**

Fuck



Write a comment...




















2w Like Reply



**Keith Brofsky**
Holy crap. Here I thought I had moved to Mayberry RFD.

2w Like Reply



**Shannon Evans**
I never once saw underage girl's at the speak easy (it was next door to our home), but I do know that both Bill's liked them young and blond.

2w Like Reply



**Shannon Evans**
There are quite a few Bill and Bill stories I could share from our 7+ years living there.

2w Like Reply



**Houston Wade**
A former coworker of mine was one of the girls brought to those parties.

2w Like Reply



**Shannon Evans**
I don't doubt it...just never saw it



Write a reply...





D2

13





23% 12:14 AM

Replies



2w Like Reply



**Houston Wade**
A former coworker of mine was one of the girls brought to those parties.

2w Like Reply



**Shannon Evans**
I don't doubt it...just never saw it or would have bust it up

2w Like Reply



**Ron James**
Sounds like a horrible place to live. Does any of that corroborate Christine's charge? Yes, Houston rapes happen. But we are talking about this particular claim of sexual assault. There you got bupkis.

2w Reply



**Keith Brofsky**
It's far better now that the Liberals are in charge.

2w Like Reply



**Houston Wade**



Write a reply...







