# EXHIBIT D3

According to police, Franklin D. Roe, 72,

## The Bainbridge Island Bad List

- Home
- Posts
- Reviews
- Photos
- About
- Community
- Info and Ads

[Create a Page]

**Create Post**

Write a post...

Photo/Video · Tag Friends · Check In

### Posts

**The Bainbridge Island Bad List**
October 21 at 11:05 PM ·

Bill Nelson rapes women. He also cheats investors, is an alcoholic and coke head, and also abusive not only to his partners and wives, but his children as well.

Stay away from Bill Nelson and definitely don't give him any money.

Years ago Bill Nelson raped a woman. She ran naked to a neighbor's home and beat on the door screaming for help. The neighbors took her in and called the police. The Bainbridge police showed up, chatted and joked with her rapist and then left. No arrests made. No taking the victim to the hospital for a wellness check or administration of a rape kit. (Thankfully Chief Hamner was hired and managed to clean house of the corrupt old guard and usher in an era of a new compassionate police force)

Sadly, in 2011 she called her family to say goodbye and then jumped to her death off the Agate Pass Bridge.

Bill Nelson is still alive and still a psychopath rapist. He has also run for public office twice.



5 · 1 Comment

Like · Comment · Share

**News & Media Website**

**Community**
- Invite your friends to like this Page
- 97 people like this
- 135 people follow this

**About**
- Typically replies within a day — Send Message
- News & Media Website
- Suggest Edits

**Related Pages**
- Burrata Bistro & Paella... Wine Bar — Like
- Z Bones — Shopping & Retail — Like
- Norse City Boardroom — Skate Shop — Like

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2018

**Send Message**

| | | |
|---|---|---|
| Karyn Prouty | 5h |
| Alex Delaurenti | 2h |
| Scott Caha Sr. | |
| Tonya Purser Bray | 1m |
| Lisa Jerrell-Johnson | 45m |
| Kaela Mills | 33m |
| Susan Hinckley-Porter | 3h |
| Liz Shertzer | 12h |
| Brianna Davis | 5m |
| Ed Burmood | 31m |
| Kaleigh Ritchie | 6h |
| See All — Julie Eason MacFarlane | |
| Patty Horn | 13m |
| Kelly Charneski | 2h |

**GROUP CONVERSATIONS**
See All · Create New Group

**MORE CONTACTS (1)**