# EXHIBIT D4

    



**Houston Wade**
January 31, 2019

I just won the injuction hearing which means I can write this:

William "Bill" P. Nelson rapes women and abuses children. He's a drunk and a coke head and is currently facing multiple DUIs and a hit and run. He's a terrible human being and everyone on Earth should avoid him at all costs.

#TimesUp, douchebags of the world!



 Ak Shunkuki, Alaina Seyssel and 103 others          48 comments

 Like           Comment           Share

All comments 

 **Ron Sorrell**
Lock him up?
Like   Reply   4y

 **Dean Rattray**



    



**GIPHY**

Like    Reply    4y

 **Marisa Castañeda**
Was he the old man at the ferry who rammed an emplyee?

Like    Reply    4y

 **Houston Wade**
No, but this past summer he hit another car on the Seattle side and then tried to drive onto the boat as if nothing had happened. Then got arrested by state troopers and blew waaaaaaaay over the limit.

Like    Reply    4y    Edited

 **Houston Wade**
He also was in court on this past Tuesday for another DUI he got on the island. I Think this is at least his 5th or 6th DUI.

Like    Reply    4y

 **Ak Shunkuki**
Glad to hear you won the injunction!

Like    Reply    4y                                 5

 **Ron Sorrell**
Would love to hear the judge's statement word for word...

Like    Reply    4y

 **Ali Perry**
1. Do you still have to pay his court fees?
2. I wonder how Ricky "TopGunMaverick" is going to spin this
3. Congratulations

Like    Reply    4y                                 7

**Jonathan Evison**



 **Steve Nagle**
I'd love to know everything that went down.

Like    Reply    4y                                          👍 4

 **Lydia Brewer**
Is this the same guy the kicked the autistic, deaf man out of his home for no known reason, then charged him with destruction?

Like    Reply    4y

 **Ali Perry**
**Lydia Brewer** if the severely autistic man you are referring to is Joel who lives in Ballard, then no. You are thinking of James Olsen.

Like    Reply    4y                                          👍 2

 **Ali Perry**
https://www.thestranger.com/.../evicted-ballard-resident...

> **THESTRANGER.COM**
> Evicted Ballard Resident Joel Romeo Abel Settles Landlord's...



Like    Reply    4y

⬛ View 7 more replies

 **Lawrence S Lofgren**
The first is pretty much my favorite amendment

**Like**    Reply    4y                                      👍 2

 **Kent Bridwell**
Awesome. Did the Judge issue a written decision? If so, I'd sure like to see it.

Like    Reply    4y                                          👍 3

 **Houston Wade**





    

**Houston Wade**



Like  Reply  4y    2

View 5 more replies

 **Andrea Heck Addington**
Congratulations!

Like  Reply  4y   

 **Laura Cooper**
Way to go Houston!!!! Get him!

Like  Reply  4y   

 **Ron Sorrell**
Priceless

 (defamation excerpt image)

Like  Reply  4y   

 **Houston Wade**
His lawyer is so bad that I wrote about a rape at Ft. WARD, not Ft. WardEN.

Like  Reply  4y  Edited    2

 **Ron Sorrell**
Sounds like the lawyer is the one Defaming! Love it

Haha  Reply  4y    2

 **CarolAnn Barrows**
Mahalo nui loa, **Houston**! ❤️

Like  Reply  4y

 **Livia Hernandez**
Who is next? 😉 











**Houston Wade**
Oh there are quite a few to be added to the List. Have to finish my research before I publish.

Like    Reply    4y    Edited                            6


**Briana Mcdonald**
Whoa that's him??? I kept hearing the name but had no face!!! No wonder I always got the heebie jeebies when he came through my line

                                                         3
Like    Reply    4y


**Chris Wiggins**
Houston, I'm curious who made you judge and jury to go after people? Just my opinion, but you are choosing to bully through social media and I question your tactics and due diligence on very serious topics and accusations.

Like    Reply    4y                                      2


**CarolAnn Barrows**
Aloha Chris,

The days of wantonly abusing women and children is OVER.

The days of silently enabling these abuses to continue are OVER.

Law Enforcement and the Courts are part of the systemic problem that allows (mostly) men to wantonly harm, rape, torture and even kill innocent women and children.

**Houston** is my hero. He is challenging the status quo that refuses to hold these sub-humans accountable for the crimes they commit.

We all deserve to KNOW who the violent perpetrators are among us.

Like    Reply    4y    Edited                            4



    


**Houston Wade**
The fact that I know the children he abused, and many of the women he sexually assaulted and raped. One of his victims committed suicide. Also, he stalked and threatened to kill me years ago. He is a terrible, terrible human being.

He was a part of a group of men on the island who would hire underage girls from the high school to strip and perform sex acts. They would pay these girls in cash, alcohol, and drugs.

==I am making these allegations because I know the victims, I know the witnesses, and I have seen his behavior first hand myself.==

Like    Reply    4y    Edited                          6


**CarolAnn Barrows**

Like    Reply    4y


**Alaina Seyssel**
**Chris Wiggins** you know what's hilarious? Any suggestion that a person is playing judge and jury... By taking a person to court where they're ACTUALLY being given every second of a fair trial by a judge. I highly suggest you rethink that logic.

Like    Reply    4y                                     5

 Write a reply...


**Meredith Fortner**
Houston, you are doing the lord's work. Please don't stop.

Like    Reply    4y                                     4


**Angela Payne**
Damn.....go get em Housti!

Like    Reply    4y            3


**Chris Neill**
Holding each other accountable is the way it should be done. Especially if you follow this process of bringing the court into it, and being able to present a case knowing full well they are guilty. Bravo **Houston Wade**

Like    Reply    4y                                     2


**Marc Lavry**














Write a comment…