# EXHIBIT D5

LOCAL NEWS

# Work to resume on Bainbridge development that's been frozen two years



Work will resume in two on what is now being called Pleasant Beach Village. The giant mixed-used project at Lynwood Center on Bainbridge Island has stood idle for two years. (Contributed photo/Wenzlau Architects)

By Rachel Pritchett
Aug. 19, 2011



Here is a timeline of the evolution of Pleasant Beach Village at Lynwood Center on Bainbridge Island, formerly known as Blossom Hill:

**1990s:** Lynwood Center, a quaint Tudor-style neighborhood on southwest Bainbridge Island, is designated by the city as a neighborhood service

center, allowing for more intensive development.

**2006:** Developer Bill Nelson of Bainbridge Island performs a $1 million remodel of the crumbling, manor house at Blossom Hill and shops for a new restaurant tenant.

**2006:** Nelson and architect Charlie Wenzlau introduce the Blossom Hill vision to neighbors nervous about erosion and increased traffic. The project is to include retail and condos on Lynwood Center Road, and roughly 80 homes going up a hillside on the 16.5-acre site, making it one of the biggest developments in island history. Nelson is among the investors.

**2007:** Steve Romein buys a similarly styled old commercial center nearby, Lynwood Center, and begins renovations, building hope among islanders that the center's charm will survive into the future.

**2009:** The giant project is halted as the recession hits. The project's bank, City Bank of Lynnwood, fails and Nelson no longer can draw on loans. Almost $1 million in liens are filed by subcontractors.

**April 15, 2011:** The aborted development reverts back to the bank, now Whidbey Island Bank. Some $27 million is owned on two original deeds. Whidbey purchases the project for $10 million.

**June and July 2011:** An island investor group headed by real-estate leader John Jacobi investigates the feasibility of buying the project and resuming construction.

**Aug. 17, 2011:** The purchase deal closes, with the Jacobi group picking up the project for less than $10 million.

**Aug. 19:** Jacobi says the project, now called Pleasant Beach Village, will resume.

Rachel Pritchett

Much to the delight and relief of Bainbridge Island's south-end business owners and residents, work soon will resume on a major development at

Lynwood Center that has stood unfinished for two years.

John Jacobi is the new owner of what now is being called Pleasant Beach Village, in the heart of Lynwood Center.

The deal with the project's owner, Whidbey Island Bank, closed Wednesday, and work will start within three weeks.

"We'd like to get going as soon as possible," said Jacobi, whose partners include his family, Tad Fairbank of Fairbank Construction Co. of Bainbridge Island, and Jim Laws, owner of Windermere Real Estate of Bainbridge Island. Fairbank will do the work.

Jacobi is 70, and the founder of the Seattle-based chain of 220 Windermere Real Estate offices wants to see the project come to be in his lifetime.

"I hope it's sooner than later," Jacobi, of Bainbridge Island and Seattle, said of the 16.5-acre purchase made for less than $10 million.

The vision is unchanged. A row of buildings along Lynwood Center Road is to house retail and commercial on the ground floor, with 16 living units above. That's all that's been constructed at this point, and it's only about three-quarters done.

Jacobi said his group hasn't yet decided whether to make the living units above condominiums or apartments, and it's a little too early to talk about tenants on the ground floor.

"We haven't talked with one soul," he admitted.

Behind that, roughly 80 homes are to be perched on the hill overlooking Pleasant Bay. They are to be built later as the economy allows. A stunning historic building on the property known as the manor house could become another restaurant or even a destination for weddings and events, similar to the Hood Canal Vista Pavilion in Port Gamble. It will now be called Pleasant Beach Manor House.

If and when completed as originally envisioned, the project will be among the biggest ever completed on Bainbridge.

Island architect Charlie Wenzlau remains in charge of aesthetics.

"It will play a major role in the revitalization of Lynwood Center as a new shopping district for the south end of Bainbridge Island. When completed, Pleasant Beach Village ... will become a self-sufficient neighborhood, as envisioned by the island's comprehensive plan," he said.

In the 1990s, Lynwood Center was named one of three "neighborhood service centers" on Bainbridge. That designation and the sewers installed later allowed for more dense building.

The news Friday delighted nearby business owners at Lynwood Center, forced to look out their windows at the unfinished buildings enveloped by cyclone fencing.

Jeff Brein, an owner of the old-time Lynwood Theatre, said, "It goes without saying that expansion of businesses as well as an expansion of a residential base, especially within walking distance of the theater, is good news for us."

Alan Simcoe, owner of Village Music, said, "Having something across the street will be delightful, to say the least."

The mess won't be missed.

"At first it was just ugly, and then you just don't see it," Simcoe said.

The project has had a lot of past heartache and pain.

Island native Bill Nelson had the dream initially. He undertook a $1 million rebuild of the manor house in 2006. He and investors in Rich Pass, LLC ? mostly island folks ? then began building the mixed-used portion of what then was known as Blossom Hill.

Then the recession struck. The bank carrying the project, City Bank of Lynnwood, failed, preventing Nelson from making critical draws on his construction loans.

Worked stopped in 2009, as subcontractors slapped almost $1 million in liens against the property. The subs were never paid and the investors lost their money.

The property slipped into foreclosure and this spring was returned to the bank that resumed City Bank's business, Whidbey Island Bank. More than $27 millions was owing on the two original deeds. The bank picked it up for $10 million.

Jacobi sees the potential of completing the final piece of this charming and historic little corner of Bainbridge Island.

"It has a real European village feel," he concluded.



Help · Terms of Service · Subscription Terms & Conditions ·
Your California Privacy Rights/Privacy Policy · Privacy Policy · Site Map · Accessibility ·
Our Ethical Principles · **Do Not Sell My Info/Cookie Policy**

  

© Copyright Gannett 2023