# EXHIBIT D7

Houston Wade
C/O Bruciato
236 Winslow Way E.
Bainbridge Island, WA 98110
houstonwade@gmail.com

RECEIVED AND FILED
JAN 16 2019
KITSAP COUNTY CLERK
ALISON H. SONNTAG

COURT NAME

JURISDICTION

| WILLIAM P. NELSON, Plaintiff, vs. HOUSTON WADE, Defendant | Case No.: 18-2-03205-18<br><br>DECLARATION AGAINST MOTION FOR TEMPORARY RESTRAINING ORDER/TEMPORARY INJUCTION |
|---|---|

Comes now the defendant herein, Houston Wade, declaring under penalty of perjury as follows:

1. I am the defendant in the above entitled action. I make this declaration of my personal knowledge.
2. I have known Bill Nelson since I was four years old. He married my best friend Audrey Olson's mother, Ginger Larson. From the moment Mr. Nelson was around, my mother told me that I was no longer allowed to go to Audrey's home (she lived two floors above me), but that Audrey was allowed to come to our home. My young mind didn't know the reason why this was the case, but what I didn't know at the time and was later revealed to me, was that Mr. Nelson was a violent alcoholic and cocaine addict and this was why I was not allowed to go to Audrey's home. Mr. Nelson even confirmed under oath at the Du Wors v. Wade hearing in the Bainbridge Island Municipal Court on November 6th that this was a period of intense cocaine use for him.
3. After Audrey and her family moved to a new home on the island, I did not have any memorable interactions with Mr. Nelson, although, during that time he still managed to get in trouble with others, be arraigned for numerous DUIs, and had a domestic violence restraining order against him protecting his wife Ginger Larson. In the ensuing years, I did not have much contact with Mr. Nelson aside from a meeting where the high school's Earth Service Corps held their Christmas party hosted by his then step daughter at their home in Eagledale in 1998; but then in March of 1999, after the Tolo dance my senior year, a contingent of us students went to an after party. Yes, there was some underage drinking, but the party was

18-2-03205-18
DCLR 19
Declaration Affidavit
4670146

mostly tame, until a drunk, 40-year old Bill Nelson appeared with a baggy of cocaine and almost immediately tried to force himself on an incapacitated 15-year old girl. The other boys and I managed to get the drunk Mr. Nelson out of the home and then stood guard in case he made another appearance. One of my greatest regrets in life was not calling the police that night, but many of my friends were in possession of alcohol and in my juvenile brain I justified it by telling myself that I didn't want them to get in trouble for that.

4. In 2001 Mr. Nelson announced his candidacy for the Bainbridge city council and towards the end of the filing period he was still running unopposed. After what I witnessed at that high school party a little more than two years earlier, I decided that I could not in good conscience allow a man like Bill Nelson have any political power on the Island and I paid the filing fee and threw my hat into the ring. Unbeknownst to me, Bill Knobloch had also had disturbing run-ins with Mr. Nelson and filed to run the last minute just as I had done.

5. As the summer wore on, it became apparent that Mr. Knobloch had the better chance to win than my inexperienced, youthful 20 years, so I dropped out of the race and endorsed him. I did some research into Mr. Nelson's fundraising and wrote a letter to the editor of the Bainbridge Review published the Wednesday before the election on October 31st, 2001. In my letter I highlighted just how much money Nelson had raised at the time, some $13,000, and made note of the television commercials Nelson managed to run during the Nielson ratings record-breaking 2001 Mariners games, as well as Mr. Nelson's ulterior motive which was to skirt and drastically change building code and zoning laws and start developing the island. Mr. Nelson has a history of violating code. Trees determined to remain as greenspace would somehow all be cut down on a weekend. Homes that were to be set aside to low-income residents would be sold to Mr. Nelson's family members…

6. Mr. Nelson never responded to my letter with one of his own. Instead, The Bainbridge Review published a front-page article on Saturday November 3rd (The Review was twice a week back then) about how much money was being raised to fund campaigns on the Island, and where much of this money was coming from. Mr. Nelson's response to my letter and The Review article was to get drunk all Saturday morning at the Wing Point Country Club, Where Ms. Janelle Jefferson was his server, and then come to my place of work,

the Town & Country coffee bar at about 3pm, and threaten me in front of dozens of customers. Mr. Nelson also loudly said he was going to get me fired from my job.

7. The following Tuesday Mr. Nelson lost the city council race in a big way and the next night came into T&C as I was closing the coffee bar and threatened my life, this time while I was alone. I called the police and got a manager and Nelson left. Mr. Nelson continued sneaking into the coffee bar several nights in a row to threaten me, sometimes saying things, sometimes passing by the window of my work area to stare me down and draw a finger across his throat. The store eventually had to hire a security guard whose entire job was to sit with me at night in case Mr. Nelson showed up. It was also during this time that Mr. Knobloch's next door neighbor and campaign manager, Mike Smith, had to obtain a restraining order against, and police protection from, Mr. Nelson for the exact same manner of physical threat and stalking.

8. Flash forward a few years to around 2004/2005, and Katie Wainio was the commercial loan officer for Sterling Savings Bank on Bainbridge Island. The bank rejected Mr. Nelson's commercial loan application for his desire to construct a large development in the Lynwood neighborhood of Bainbridge Island, a development he named "Blossom Hill". A few weeks later Ms. Wainio began her new job as the commercial loan officer at Kitsap Bank. Mr. Nelson applied for a similar commercial loan there as well and was rejected by Ms. Wainio a second time. Mr. Nelson then began stalking and threatening Ms. Wainio and she apparently sought a protective order against him.

9. Ms. Wainio then phoned other banks in an effort to blackball Mr. Nelson from every commercial lender she could think of and this delayed Mr. Nelson's development plans by many, many months. Mr. Nelson finally secured a loan from City Bank of Lynnwood and when construction began, a more than $1 million renovation of the Manor House had to be completed before other construction could commence on the rest of the development. The initial development plan was scaled back to about 80 residential units. During construction Mr. Nelson ran afoul of the law by illegally dumping more than 2200 dump truck loads of soil into the sand pit between Bucklin Hill Road and Lynwood Center Road. The geologists who alerted the State about the illegal and possibly toxic dumping then also experienced physical threats and harassment from Mr. Nelson. Financial delays, construction delays due to the Manor House renovation, and legal troubles like the soil swap ate into Mr. Nelson's capital and as the economy collapsed into the Great

Recession, so did Mr. Nelson's project and it fell into foreclosure. This foreclosure cost many investors millions of dollars..

10. Never one to miss an opportunity Mr. Nelson attempted to file liens against himself for work completed in an effort to retain control of the development. It didn't work, for unknown to Mr. Nelson, one of the principal investors in Whidbey Island Bank was Jerry Dennon, and Mr. Dennon hated Mr. Nelson with every fiber of his being which is why Whidbey Island Bank was willing to bid $10 million in April of 2011 for the deeds to the development that had been held by City Bank of Lynnwood prior to its collapse. Mr. Dennon's daughter was Elizabeth Kaltreider whom Mr. Nelson had raped a few years earlier and never faced the consequences of his actions for that atrocity. Ms. Kaltreider had committed suicide only two months before, and Mr. Dennon blamed Mr. Nelson for her death.

11. Mr. Dennon made sure that the Blossom Hill development was foreclosed upon and later sold to John Jacobi to complete in early Summer of 2011 and renamed to "Pleasant Beach Village".

12. I had only learned of Mr. Nelson's rape of Ms. Kaltreider about that time in 2011 when during a conversation about the foreclosure of the development Troy Dettman told me about how he and his wife Gretchen were awoken in the middle of the night at their Ft. Ward home by a woman screaming for help. When they opened their front door, they found a naked Elizabeth Kaltreider shaking and exclaiming that she had just been raped and needed help. They witnessed several men quickly get into a car and drive away from the scene. The couple covered and comforted her and called the police. When the cops arrived, they found Mr. Nelson standing in the Dettman's driveway staring the couple down and smirking. The police briefly spoke with the Dettman's and Ms. Kaltreider and then returned to Mr. Nelson where they visibly shook his hand and then talked and joked with Mr. Nelson for a period of time. After which, the police informed the Dettman's that nothing nefarious had happened. The Dettmens witnessed the police physically assault Ms. Kaltreider and throw her onto the hood of the police car and threaten her with arrest. The police then left the scene, no official statements taken, no police report filed, no trip to the hospital for the victim, no rape kit administered. The police just got into their patrol cars and drove away, leaving a naked and traumatized Elizabeth Kaltreider in the care of two complete strangers. Sadly, Ms. Kaltreider jumped to her death off the Agate Pass Bridge in February of 2011 after telephoning her son to say

goodbye, but according to an ex-girlfriend of Mr. Nelson's, Mr. Nelson had informed her that Ms. Kaltreider had indeed accused him of rape and had also telephoned him in the moments leading up to her death.

13. Including my own witnessing of Mr. Nelson attempting to force himself on a teenager at a party over a decade earlier, this made for the third instance of sexual assault by Mr. Nelson of which I was personally aware. In 2009, my coworker Meghan Kent, now Meghan Angell, a graduate of Bainbridge High School in 2004, told me about how when she was an underage teen one of her female friends invited her to a party at the "Chicken Coop" speakeasy in the Lynwood neighborhood of Bainbridge Island and she went along. When Mrs. Angell arrived, she was horrified to discover that Mr. Nelson and several prominent members of the Island's community, including Bainbridge police officers and members of the fire department, were engaged in plying these underage girls with drugs, alcohol, and cash to strip and perform sex acts on the men. She said the room was out of control and deeply disturbing. This information I found so completely astounding that I didn't know what to make of it or how to process it at the time. You will note that Mrs. Angell confirms the story in a comment under my initial Facebook post about Mr. Nelson in the documents submitted as evidence in Exhibit D by Mr. Nelson where she writes "Disgusting. And True…" Apparently just like in the Jeffrey Epstein case that has recently been in the news, the men would have the girls who performed bring in their friends to also perform at later parties.

14. A few years later I was discussing the Blossom Hill development and John Jacobi's takeover with a Mr. Ryan Landworth in 2012, when Mr. Landworth said that Bill Nelson and the Chicken Coop was the entire reason he had quit the fire department and went back to school to become a blacksmith. He then told me about how one of his superiors at the department invited him to a party at the Chicken Coop speakeasy in 2006 where he discovered Mr. Nelson and other powerful men including Bainbridge police officers and fellow firefighters engaged in plying underage girls with drugs, alcohol, and cash to strip and perform sexual acts on them. Horrified that his son's classmates from the high school were being exploited like this by men who should be pillars of the community, Mr. Landworth left. The accounts of these two sources, Mr. Landworth and Mrs. Angell, means that Mr. Nelson perjured himself during the Du Wors hearing when he claimed that no such parties ever happened at the Chicken Coop.

15. I suddenly had independent corroboration of the same event from individuals who did not know each other and sent an email to Josh Farley of the Kitsap Sun relaying what I knew and got Mr. Farley in contact with both Mr. Landworth and Ms. Angell. Eventually, after a 7-month investigation, the Kitsap Sun did not run the story citing that since the initial incident occurred almost decade earlier and the police involved were no longer with the department thanks to the hiring of Chief Hamner, it was no longer "news-worthy". I was completely disappointed.

16. Since that time Mr. Dean Gellert confirmed that these parties had been going on for years at the home of Mr. Nelson's friend Bill Blakely even prior to the Chicken Coop existing, where Mr. Blakely had a stripper pole installed and regularly hired girls from Bainbridge High School to do strip shows and more for large groups of his friends. These illegal events continued when Mr. Blakeley built the Chicken Coop and installed a stripper pole in there as well. Apparently, these parties are where noted porn star Tori Black got her start doing sex work while she was still a student at Bainbridge High School. Mr. Blakely even convinced one of the teenagers who performed at these parties, Mrs. Molly Aquino Roth, to drop out of school and move in with him.

17. My initial Facebook post concerning Mr. Nelson was inspired by the treatment of Dr. Blasey-Ford during the Kavanaugh hearing in early October. Many people had complained that Blasey-Ford had waited 35 years to come forward and my post was a demonstration of how a victim can come forward immediately and still nothing will be done. I have little doubt that the officers who responded to the Dettman's 911 call were among the officers present at the Chicken Coop speakeasy sex parties.

18. After being fed up with years of whispers about rape, assault, and abuse on the Island, I created the news page The Bainbridge Island Bad List, and Mr. Nelson was one of the first men I decided to profile on the page. A large portion of the women on the island are well-aware of Mr. Nelson's bad intentions. If the comments under my initial Facebook post are any indication, Mr. Nelson will willingly go after underage girls. There is a reason they referred to him as "Bad Bill".

19. Mrs. Ashley Cross Degrow wrote to me about how Mr. Nelson was very inappropriate towards her when she, as a child, was visiting a job site where her father was a subcontractor for Mr. Nelson, and later groped her at a party at the Chicken Coop where Mr. Nelson's son Matt witnessed it and almost got into a fight

with his father over the incident. Mrs. Cross Degrow also witnessed Mr. Nelson attempting to get young women drunk specifically to take advantage of them while they were too intoxicated to consent. Mrs. Cross Degrow can also testify that Mr. Nelson lied under oath about when he stopped using cocaine and witnessed Mr. Nelson use cocaine recently. Mr. Jerod Ouellette recounted to me how he showed up to the Chicken Coop one night to find his girlfriend passed out and Mr. Nelson's hand down her pants. I was also made aware of two women, who at this time wish to remain nameless, who agreed to go to the Chicken Coop with Mr. Nelson and have no memory of the evening and woke up in a strange place with no clothes and had to escape with only a stolen blanket to cover the both of them. I was contacted by Mrs. Katie Fisher who relayed to me that Mr. Nelson took advantage of her intoxication and inability to consent and raped her in the Fall of 2012. Three people have now informed me about how at his own wife's birthday party Mr. Nelson was caught sexually assaulting a woman. I was also informed by a former employee of his about inappropriate contact Mr. Nelson had with the minor child of the former general manager of his failed restaurant. Some of the photographs on the walls of the Chicken Coop were cropped to show the faceless naked bodies of underage teen girls who had performed at the sex parties; as if displaying underage girls from the neck down somehow made it ok. Mr. Landworth has a photo on his cellphone of these "decorations" at the Chicken Coop. These stories all show a pattern of behavior by Mr. Nelson and his friends and easily establish that he is a threat to women and girls in our community, and that I was being forthright and responsible by publishing my article about him.

20. I created the Bainbridge Island Bad List as a news page to inform the community of who the predators are among us, and Mr. Nelson fits that bill to a 'T'. I didn't stalk Mr. Nelson, and I didn't harass him. I wrote an article about his predatory actions which were confirmed by many, many sources. My goal is to warn people, especially young girls, to stay away from Mr. Nelson for their own safety. The purpose of journalism is to expose abuse, and that is exactly what I have done in this instance. The abuse of women and girls, and the abuse of the system designed to serve and protect them.

21. Mr. Nelson is not scared of me, he is not intimidated by me. What he does not like is my publicly revealing what so many women and girls on this island already know; that he is a sexual predator. I don't care what

the abusers think. I am done being silent about the behavior of these men, and the members of our community deserve to be warned about them and to know the truth.

22. It is impossible to defame a man who is infamous in our community for his drunken, abusive, and predatory behavior. He lost $27 million of other people's money, he illegally dumped thousands of truckloads of soil, he has a history of violence and threats, he is a well-known drunk with multiple DUI arrests to his name, including a pending charge of DUI and hit and run at the Seattle ferry terminal from June 28th of this year. At the Du Wors hearing when the judge called for a recess at 3pm in the afternoon on a Tuesday, Mr. Nelson loudly exclaimed, "Damn, I need a beer!" to which both the Judge and the bailiff shot Mr. Nelson looks of bewilderment since he had just been questioned under oath about his alcoholism and drug use; and let's not forget that Mr. Nelson has raped or sexually assaulted many women and girls on Bainbridge Island. I wrote an article and have sources for my statements. That is not defamation.

23. I ask the court to dismiss this restraining order and lawsuit. Although, if this protective order is to go further, as Mr. Nelson wishes, I ask the court to require both he and myself to submit to psychological and chemical dependency evaluations prior to the court issuing any findings about this requested order. It is my belief that Mr. Nelson's history of drug and alcohol abuse means that his recollection of events are at best shoddy, and at worst outright lies in a vain attempt to protect himself from the consequences of his actions. Also, his inability to tell the truth under oath at the Du Wors hearing means that he is an unreliable witness. Alcoholics cannot be trusted, and alcoholism is no excuse to rape and assault women and girls.

24.

Dated 6th of January 2019.

Houston Wade

 Gmail JFarley@kitsapsun.com

RECEIVED
KITSAP COUNTY
SUPERIOR COURT
2018 DEC 10 AM 9:30

Compose

Inbox
Snoozed
Important
Sent
Drafts
All Mail
**Spam** 78
Trash
**Categories**
[Imap]/Drafts
[Imap]/Sent
Houston +
Helena Kate
Hi..
wede r
You: Happiest of birthdays, young lad
Nathan Huisman
You: You paid me too much. Allie alre

## Re: Message via the Web site

Inbox ×

**Farley, Josh** <JFarley@kitsapsun.com>
to me

Hey Houston,

Just wondering if you were able to talk with your friend? No rush, just wanted to check in.

Thanks!
Josh

On 8/27/12 9:03 PM, "Houston Wade" <houstonwade@gmail.com> wrote:

>Hey Josh,
>
>I had a disturbing conversation with a friend a couple years ago (summer
>2009). She told me that when she was an underage high schooler she was
>invited to a party that was attended by some much older Bainbridge men.
>This was appearantly a regular thing where the high school girls were
>given drugs in exchange for stripping, lap-dances, and sex. She said
>that a friend had dragged her along and that when she found out what was
>going on she left. The men in attendance included active duty police
>officers, fire fighters, the fire chief, and infamous islanders like Bill
>Nelson.
>
>Fast forward to last Sunday, I was speaking with a former Bainbridge fire
>fighter/EMT at The Pub and he mentioned that one of the reasons he left
>the department was because of these sex parties that involved underaged
>young girls and drugs that were used to "pay" them for their services.
>
>When my female friend frist mentioned the parties it sounded so "Eyes
>Wide Shut" to me and kind of fantastical, but now I have independent
>corroboration. I hadn't even thought about that conversation with my
>friend for years. Someone needs to look into this, and make sure it
>isn't still going on!
>
>Email or call me! 808-989-2901, I'll give you more specifics personally
>and I can see if my friends would be willing to give you even greater
>detail.
>

BENCH COPY
HEARING DATE 1/14/19
HEARING TIME 9:00 am
CALENDAR / JUDGE: Hemstreet

 Houston Wade <houstonwade@gmail.com>

RECEIVED
KITSAP COUNTY
SUPERIOR COURT
2018 DEC 10 AM 9:30

**Bill**

1 message

**Ashley Cross DeGrow** <ashleyrcross206@gmail.com> Thu, Nov 8, 2018 at 8:20 PM
To: Houston Wade <houstonwade@gmail.com>

Houston,
Here are a few stories I could think of. I hope they help.

Bill Nelson is a creep. I met him when I was probably around 13 on a job site with my dad. I was one of the few girls my age that had already developed a sizeable chest. I was regularly mistaken for 16 at the time, which old creepy men seemed to find an acceptable age to hit on me. I remember Bill clearly looking down my shirt and my dad saying something to him like, "hey that's my CHILD." My poor dad had no idea what to do with me other than to warn me. Afterwards in the truck on the way home my dad said to me very seriously, "stay away from Bill." I've heard my dad say this quite a few times. I'm sure my dad has seen many things happen with Bill. They went to high school together and I've never heard a good story about him from my dad.

I've had quite a few experiences with Bill and I really can't recall any of them being good. On multiple occasions I have encountered Bill at the coop and he shamelessly hit on me and touched me without consent. I can pretty clearly remember one specific time he touched me without asking. There was a resurgence of partying at the Chicken Coop at some point. This time he clearly grabbed my butt and his son almost got into a physical fight with him about it. He tried to play it off that we were in a small space and his hand grazed my butt, but at his height he would have to bend over a fair amount to even get close.

On another occasion he brought a date to my friends house, and we headed over to Bremerton on the boat for dinner. The whole night he was practically forcing drinks down her throat. It made me and obviously her very uncomfortable. She obviously was not having a good time and he was pushing and pushing her. She miraculously made it back to my friends without puking off of the boat, but did as soon as we got back. My friend insisted they stay the night and she just wanted to get away from him. I don't know what ended up happening to her that night but based on how he was touching her and giving her even more alcohol anyone could have guessed what happened after I left.

-Ashley Cross DeGrow

BENCH COPY
HEARING DATE 1/14/19
HEARING TIME 9:00 am
CALENDAR / JUDGE: Hemstreet

D7 10



Thu
October 16th, 4:44pm
member from t...
Thu
Wed
see informatio...
Wed

Glad the coop is gone, f those guys! I was dating a girl showed up there she was wasted and nelson had his hand down her pants.

I always told women to stay away from there. Some of them did, and some of them had to find otmut the hard way. I feel so sorry for those ladies.

RECEIVED
KITSAP COUNTY
SUPERIOR COURT
2018 DEC 10 AM 9:30

BENCH COPY
HEARING DATE 1/14/19
HEARING TIME 9:00 am
CALENDAR / JUDGE: Hemstreet

D7 11

Sometimes around 2006 while I was a member of the Bainbridge Island fire Dept. I was invited TO Attend a party at the Chicken Coop speak easy. When I went it was hosted by Bill Blakely and Bill Nelson. there were other members of the fire Dept. and Bainbridge Police Dept. off duty, that were attending. Shortly after arriving It was revealed to me that they would be having a stripper that was still a Bainbridge Highschool student. I was not OK with any aspect of what was Happening (I Had a child that was a student at BIHS) I thought the whole situation was very wrong and would not participate in any way So I immediately left.

[signature]

Nov 30, 2018

BENCH COPY
HEARING DATE 1/11/19
HEARING TIME 9am
CALENDAR / JUDGE: Hemstreet

RECEIVED
KITSAP COUNTY
SUPERIOR COURT
2018 DEC 10 AM 9:30

 Houston Wade <houstonwade@gmail.com>

## Bill Nelson

1 message

**Katie Wiedenman** <indiebanditas@hotmail.com> Sun, Dec 9, 2018 at 2:08 PM
To: "houstonwade@gmail.com" <houstonwade@gmail.com>

My name is Katie Fisher and I met Bill Nelson at a bar in 2012, September, I believe.
I had been drinking with friends at isla Bonita, a bar on Bainbridge island. I don't remember talking to him much as he was older than my dad, a good 20 years older than me. After the bar, I remember very little. Being in the car and him telling me he was taking me to his home.
I remember being in his big master bath jaccuzi and then a brief memory of him on top of me. I came to enough to get a ride home immediately and shrugged the incident off as I was embarrassed.
Now that I've heard it's happened to women before, I'm questioning a lot more.
How and why would I agree to go home with a man my dad's age etc.
Anyhow, I hope he stops.
Katie Fisher
Indiebanditas@hotmail.com

BENCH COPY
HEARING DATE 1/4/19
HEARING TIME 9am
CALENDAR / JUDGE: Hemstreet

RECEIVED
KITSAP COUNTY
SUPERIOR COURT
2018 DEC 31 PM 2:03

OCT 5TH, 8:49AM

RECEIVED
KITSAP COUNTY
SUPERIOR COURT

2018 DEC 31 PM 2:02

Do you know the address of the chicken coup? I'm assuming it was the derelict house right across the street from treehouse bordering Blossoms parking lot?

That's the one!

Laura has a friend who confided in her that she was with a girlfriend and Nelson at Treehouse after her divorce ten years ago. Bill convinced them to head to the chicken coup. The next thing she remembered was both her and her friend waking up naked. She couldn't find her cloths, wrapped a blanket around herself and got the fuck out. She had no recollection of where she was.

BENCH COPY
HEARING DATE 1/10/19
HEARING TIME 9am
CALENDAR / JUDGE: Hemstreet

    

some of the project to finish the four commercial/condo buildings along Lynwood Center Road that initiated construction.

"All I know is I put six long, hard years into this project — not planning on standing down," Nelson said quietly at the auction near the Kitsap County Courthouse. Dozens listened in a cold April drizzle as a trustee droned through the foreclosure readings, including Rich Pass investors angry at losing their money.

"I feel extremely let down," said one who asked not to be identified. "I think nobody in Rich Pass had the expertise to pull off a large project like this."

RECEIVED
KITSAP COUNTY
SUPERIOR COURT
2018 DEC 31 PM 2:03

The investment group consisted of 15 people, most from Bainbridge Island and the rest from other parts of the nation.

Nelson's vision was to create a self-contained community at Lynwood Center where residents would have no reason to go to congested Winslow for groceries, to mail a letter or eat out.

The commercial part would be Tudor-style to mesh with nearby Lynwood Center, and would serve residents of the 88 homes Nelson was to build on the hillside above, all looking down on Pleasant Bay.

BENCH COPY
HEARING DATE 1/14/19
HEARING TIME 9am
CALENDAR / JUDGE: Hemstreet

Nelson had his eye on Lynwood Center since he was a boy growing up on the island.

"I used to marvel at the architecture of Lynwood. It was so odd and different," he said.

He had his chance in 2005, when he started a first-class renovation of a historic mansion-turned-restaurant on the 16-acre Blossom Hill site. The restaurant now is closed.

In 2006, he introduced his dream of Blossom Hill to neighbors in nearby Blakely Heights and along Pleasant Beach Drive in a couple of community meetings. Some were concerned about traffic, erosion, water

  
pieces that would make the Lynwood Center neighborhood new and whole.

Construction began before the economy tanked, but stopped in 2009 in the midst of construction of the four commercial buildings. None of the hillside homes were ever built.

The project's original banker, City Bank of Lynnwood, had failed, and Nelson was unable to draw on a little less than $500,000 remaining on his construction loan, according to Volney Howard, original investor with Nelson.

When City Bank's loans were picked up by Whidbey Island Bank, Nelson still could not make draws. The project was financially strangled. A host of subcontractors slapped liens on the property.

Since then, Lynwood Center visitors have edged by cyclone fencing and the buttoned-up construction site to get to a movie at the Lynwood Theatre or enjoy a bite at the Treehouse Café.

They long for the once charm-filled corner of Bainbridge Island to return to normal.

So do some of Nelson's loyal investors.

"We're hopeful that we can make a deal with the bank. We have some outside investment interest," said Howard, who now lives in California.

Another investor, Barbara Sinnott of Bainbridge Island, said, "Lynwood Center really has to have something over there like that, and a lot of people have told us that."

0 Share Tweet Email Print

# Candidate profile — Bill Nelson

Environmental concerns are driving out other values in city decision-making, contractor Bill Nelson says. In what he calls an effort to "restore balance," Nelson is running for the central ward, position 4, city council seat being vacated by Merrill Robison. "For the sake of protecting Bainbridge Island's environment, we've forsaken other parts of the quality of life, such as human interaction," Nelson said. The 42-year-old island native says that excessive regulation is driving up costs and depriving the island of diversity. He is critical of council decisions such as the proposed landscape ordinance that have the effect of lowering housing densities, saying that lower densities require more land per home, which, in turn, raises prices. Conversely, he believes that to make housing more affordable, zoning needs to be changed to make higher densities possible in areas such as Lynwood Center. "We can promote affordable housing through zoning," he said. "We don't need higher density everywhere, but we need it in some areas for affordability – you can't have it both ways." Nelson believes the city could contract out much of the regulatory work it does, particularly on development matters, saving both money and staff time. "The developers have to pay for bureaucracies, and they pass those costs on to the end-users," he said. "And it takes time away from work that the city engineer, for instance, needs to spend on public projects."

BENCH COPY
HEARING DATE 1/14/19
HEARING TIME 9am
CALENDAR / JUDGE: Hemstreet

Wednesday, October 10, 2001 8:00pm | NEWS

Environmental concerns are driving out other values in city decision-making, contractor Bill Nelson says.

In what he calls an effort to "restore balance," Nelson is running for the central ward, position 4, city council seat being vacated by Merrill Robison.

"For the sake of protecting Bainbridge Island's environment, we've forsaken other parts of the quality of life, such as human interaction," Nelson said.

The 42-year-old island native says that excessive regulation is driving up costs and depriving the island of diversity.

RECEIVED
KITSAP COUNTY
SUPERIOR COURT
2018 DEC 31 PM 2:03

He is critical of council decisions such as the proposed landscape ordinance that have the effect of lowering housing densities, saying that lower densities require more land per home, which, in turn, raises prices.

Conversely, he believes that to make housing more affordable, zoning needs to be changed to make higher densities possible in areas such as Lynwood Center.

"We can promote affordable housing through zoning," he said. "We don't need higher density everywhere, but we need it in some areas for affordability – you can't have it both ways."

Nelson believes the city could contract out much of the regulatory work it does, particularly on development matters, saving both money and staff time.

"The developers have to pay for bureaucracies, and they pass those costs on to the end-users," he said.

"And it takes time away from work that the city engineer, for instance, needs to spend on public projects."

Nelson favors allowing four south-end neighborhoods that claim widespread septic failures to install sewer service.

"There is a known health and safety issue," he said, "and it is incumbent upon the city to act."

He does not share concerns expressed by some council members that any additional sewer service will lead to increased densities, saying that the existing zoning is adequate to address growth issues.

Nelson is also opposed to the Bainbridge Harbor Commission's draft plan for Eagle Harbor, which would permit liveaboards to continue using a portion of the harbor.

"The water is for everybody," he said. "I don't want to see the liveaboards leave – I like those people – but why should they have open space at everyone's expense?"

He disputes that argument that living on board constitutes a long-standing, historic use of the inner harbor.

"The first time anybody anchored out there was in the late '70s or early '80s, when some kids towed a houseboat out there and used it for parties," he said.

Instead of an anchor-out liveaboard area in the inner harbor, Nelson would like to see an extension of the city dock at Waterfront Park to create a number of additional mooring slips.

Some of those should be subsidized, he said, to provide affordable-housing opportunities.

Island industry

After graduating from Bainbridge High School, Nelson worked at a variety of jobs – commercial fishing, construction, on a tug, and at the old Wyckoff plant.

He founded Nelson Wood and Glass in 1987, and the company now employs 17 people.

This is his second try for a city council seat. In 1993, he narrowly lost to incumbent Charles Averill.

Nelson criticizes opponent Bill Knobloch as a single-issue candidate, referring to Knobloch's opposition to the proposed driving range at Wing Point golf club, saying single-issue advocacy does not produce a well-rounded candidate.

But Nelson, a Wing Point member, is not adamantly in favor of the driving range itself. He would like to see the city consider building a public driving range, open to everybody, perhaps on the SR-305 corridor.

"Land right on the highway is too noisy to be developed, but the traffic wouldn't be a problem for a driving range," he said.

Nelson thinks the no-growth or slow-growth faction in the community – "the people who want Bainbridge Island to stay exactly the way it was when they moved here" – is over-represented on the present city council.

He blames that on the lack of involvement from those with different viewpoints.

"Very few people who work on the island are involved in government," he said.

Bainbridge Island
REVIEW
© 2018, Bainbridge Island Review and Sound Publishing, Inc.
Subscribe | Newsletters | About Us | Terms of Use | Privacy Policy | Contact Us

# Bainbridge buzzing over Blossom Hill soil swap

ADVERTISEMENT

BENCH COPY
HEARING DATE 1/14/19
HEARING TIME 9am
CALENDAR / JUDGE: Hemstreet

RECEIVED
KITSAP COUNTY
SUPERIOR COURT
2018 DEC 31 PM 2:03

ike the hole that marks their origin, the nountains of dirt – atop the triangle of land bordered by Fletcher Bay, Bucklin Hill and ynwood Center roads – are growing. The dirt vill eventually be loaded into dump trucks ind hauled a short distance south to a new esting place, beneath the Blossom Hill levelopment taking shape on the hillside ibove Lynwood Center. Simply put, the project is a soil swap: Blossom Hill is getting ibout 2,200 dump truck loads of workable sand in exchange for a larger amount of less lesirable glacial till that will go back into the jround at the borrow site.

Vednesday, June 11, 2008 6:41pm | NEWS

ike the hole that marks their origin, the nountains of dirt – atop the triangle of land bordered by Fletcher Bay, Bucklin Hill and ynwood Center roads – are growing.

The dirt will eventually be loaded into dump trucks and hauled a short listance south to a new resting place, beneath the Blossom Hill levelopment taking shape on the hillside above Lynwood Center.

Simply put, the project is a soil swap: Blossom Hill is getting about 2,200 lump truck loads of workable sand in exchange for a larger amount of less lesirable glacial till that will go back into the ground at the borrow site.

The project has piqued the curiosity of passing motorists, and raised questions about its possible impacts on underground water in the area, since there is an aquifer beneath the dig site and several wells nearby.

Some neighbors simply can't get over the enormity of the hole and its associated piles, which were enough to prompt long-time contractor and Lynwood Center resident Charlie Christenson to take his first trip to City

Iall.

'I've never been in here before," Christenson said last week at the planning :ounter. "But when I saw this... I can't even imagine something like this ;oing on. I guess there are no rules here anymore."

\ grade-and-fill permit for the work was issued by the city last month to Velson, Wood and Glass, the firm behind the Blossom Hill project.

'roject managers Bill Nelson and Norm Landry said the dig site – owned by Ving Point resident Bill Moore – has long been used as a source of sand, as ıave other nearby sites that have since been capped without causing lamage to the aquifer.

\s part of the permitting process, the firm was required to pay for an ›utside evaluation of the project's potential impacts.

:ompleted by Bainbridge-based Aspect Consulting, the study found the ›roject would require mitigation to ensure proper recharge of the aquifer.

'Removal of the sand material and placement of low permeability fill naterials will diminish recharge," it said. "The flux of recharge through the ower permeability materials will be significantly less than under current :onditions."

[he study went on to say the total loss of recharge is "relatively small on a ›asin-wide scale... but has the potential to be locally significant to any :xisting or future wells completed close to the project."

3ioswales and infiltration galleries – both modern stormwater nanagement techniques – will be part of the mitigation work. To ease ;tormwater flow, the perimeter of the site will have a slightly raised berm.

\ layer of sand and hydroseed will be placed atop the glacial till. No organic naterials will be put into the site.

Vork began about three weeks ago, and could take another six weeks, lepending on the weather.

'We looked carefully at the risks and are confident in what we're doing to ake care of the aquifer," Nelson said. "We spent nine months studying this - It's not just a guessing game."

3ut not everyone is satisfied with the Aspect study or the process by which he city permit was issued, according to comments submitted to planners.

;ome people were worried about potential impacts of the dig on their wells. )thers said the project wasn't properly noticed, which left an inadequate ımount of time for public comment.

;outh-end resident and hydrologist Douglas Dow said the Aspect study isn't ;ufficient.

'While Aspect's analysis of the possible water quality changes to water )assing through these soils may be true, I don't believe it has any relevance o the question of potential degradation of groundwater under the triangle )it," he wrote in his comments.

'Without background monitoring of the water quality of the underlying ıquifer pre-and post-pit, how can the pit operators determine there has )een no degradation?"

)ow, who said he has worked with the city on other projects and is familiar vith the area's hydrology, said he'd prefer to see the work stopped until a nore thorough analysis can be done.

:ity Planner Josh Machen said Aspect has been monitoring the work and will )e required to sign off on the final product. He said he isn't aware of any ıegative impacts associated with past excavations of sand that had ıappened nearby.

'Those projects were closer to the well sites," he said. "If there were )roblems, we probably would have seen them show up by now."

Along with the city and Aspect, the Kitsap County Health District reviewed he plans.

The excavation falls just short of being a mining project, a designation that vould have required additional permits.

[T]he excavation area is permitted to be just under three acres in area and 15 [f]eet deep. Originally the plan was to haul the Blossom Hill dirt to [S]uquamish, but Nelson said their chosen option is better because it reduced [f]uel costs and emissions from trucks having to take loads off the island.

[T]rucks traverse about a mile of roadway before dropping loads at the [B]lossom Hill site, which will soon transform the area around Lynwood [C]enter.

[T]he first four mixed-use buildings will begin to rise at the bottom of the hill [t]his summer, and should be finished by 2010. Over the next five years, some [3]0 residential units are slated to fill out the hillside.

[M]eanwhile, Moore said he hopes the triangle of land he's owned since 1989 [w]ill be improved when the excavation is finished.

[H]e doesn't have any plans to develop it, but said it's been prone to problems [i]n the past, including off-roading, drinking parties and bonfires. The [a]ppearance of junk on the lot has also been routine.

[M]oore said he hauled away $3,500 worth of garbage a few years ago – three [r]usted cars were among the load – and had done his own grading work to [l]imit illegal uses of the land before deciding to partner with Nelson.

[H]e said that when the work is finished the site will look much the same as it [d]id before, hopefully minus some of the old problems.

[B]ut even he's shocked by the way things look now.

"It's an interesting site," Moore said. "When you see the pit it looks like [t]hey're getting ready to build the Seafirst Building (skyscraper) – but [t]here's no Seafirst Building going in."

Bainbridge Island
Review

© 2018, Bainbridge Island Review and Sound Publishing, Inc.

# Whole lot of hole

Since work began last month, a south-end soil swap has turned more than just dirt.

BENCH COPY
HEARING DATE 1/14/19
HEARING TIME 9am
CALENDAR / JUDGE: Hemstreet

Friday, June 27, 2008 8:46pm | NEWS

Since work began last month, a south-end soil swap has turned more than just dirt.

It's also turned the heads of neighbors and passersby, some of whom are wondering aloud whether the size of the excavation – at the triangle of land bordered by Fletcher Bay, Bucklin Hill and Lynwood Center roads – exceeds what was permitted by the city.

After receiving a number of queries about the project, City Administrator Mark Dombroski went to the site himself earlier this month.

"I thought it did look large," Dombroski said at Wednesday's City Council meeting, in response to a number of public comments on the project.

RECEIVED
KITSAP COUNTY
SUPERIOR COURT
2018 DEC 31 PM 2:03

The excavation began last month, following the issuance of a grade-and-fill permit. Since then, truckloads of dirt have been unearthed and shuttled south to the Blossom Hill development taking shape on the hillside above Lynwood Center.

The idea is to trade less workable glacial till from Blossom Hill for about 2,200 truckloads of sand at the excavation site, according to a permit application filed by project developers Nelson, Wood and Glass.

The dig can't legally exceed three acres in area or 15 feet in depth without the issuance of additional permits, according to city and state officials.

Dombroski sent a letter to Nelson, Wood and Glass on June 6, asking for verification of the size of the project.

A response came on June 13, but Dombroski said it didn't fully address whether the excavation was being carried out according to permits, and in particular didn't resolve questions about the dig's size.

A surveyor from the state Department of Natural Resources was scheduled to visit and measure the site Friday.

If for some reason that didn't happen, Dombroski said, the city will send out its own surveyor next week.

Project manager Bill Nelson said Thursday that the project is in compliance with city permits, and the firm is in the process of substantiating the size of the dig. According to him, the final amount of soil removed will be 25 percent less than what was originally planned.

"We're comfortable with where we're at on this," he said. "The city's been careful and so have we – we don't want the liability of contaminating an aquifer."

Owned by Wing Point resident Bill Moore, the property has long been used as a source of sand, as have other nearby sites that have since been capped without causing damage to the aquifer.

Mitigation work is required as part of the work, since a study paid for by developers and conducted by island firm Aspect Consulting found the project would impact aquifer recharge.

Bioswales and infiltration galleries – both modern stormwater management techniques – are part of the mitigation plan. To ease stormwater flow, the perimeter of the site will have a slightly raised berm.

A layer of sand and hydroseed will be placed atop the glacial till. No organic materials will be put into the site.

Still, many islanders have been critical of the Aspect study. They say they're concerned that not enough is being done to address the potential impacts of the project on groundwater in the area, which is home to numerous wells.

Several people at Wednesday's council meeting also questioned the size of the dig, among them geologist Malcolm Gander, who urged the city to halt the project until some of the concerns raised by neighbors are addressed.

"We're not going away on this one," Gander said. "It is a finite water supply."

Others criticized the city for being slow to act, despite numerous warnings.

"I'm wondering why it's taking the city so long to shut down this site," said south-end resident Lisa Macchio.

Bainbridge Island
REVIEW
© 2018, Bainbridge Island Review and Sound Publishing, Inc.
Subscribe | Newsletters | About Us | Terms of Use | Privacy Policy | Contact Us

# The big dig that was undone

An appeal against a stop-work order at a south-end sand pit was denied by the city hearing examiner last week.

BENCH COPY
HEARING DATE 1/14/19
HEARING TIME 9am
CALENDAR / JUDGE Hensteet

Tuesday, September 23, 2008 8:54pm | NEWS

The city hearing examiner denied an appeal on a stop-work order for the sand pit near Lynwood Center.

**A court order denies an appeal on work-site.**

An appeal against a stop-work order at a south-end sand pit was denied by the city hearing examiner last week.

The stop-work order at the sand pit borrow side – a triangle of land bordered by Fletcher Bay, Bucklin Hill and Lynwood Center roads – was issued in June of this year. Sand at the site was being extracted by Nelson Wood and Glass, owned by Bill Nelson, for the ongoing Blossom Hill development at Lynwood Center.

RECEIVED
KITSAP COUNTY
SUPERIOR COURT
2018 DEC 31 PM 2:00

Upholding the stop-work order meant that Nelson would have needed a conditional-use permit issued by the city to continue with the filling of the site. However, now Nelson will have to seek additional permits from the Department of Natural Resources to continue reclamation since the agency is taking over jurisdiction in the matter.

DNR has argued that, since the site has historically been used as a sand mine, Nelson will be responsible for reclamation on the whole 4.2-acre site, not just the three acres he was originally permitted to use.

Under state law, a dig that exceeds three acres and a depth of 15 feet is classified as a surface mine subject to regulation under the Surface Mining Act of 1971. DNR in essence argued that access to a portion of the site constitutes access to the entire site and applicable laws.

Activity originally approved at the site allowed for the removal of 20,000 cubic yards of sand from a 3-acre area which was to be replaced by roughly 30,000 cubic yards of glacial till. The entire site was to then be covered with top soil.

The project was tagged by the city after citizen complaints. The stop-work order was issued because the size of the site being used in the project exceeded the three-acre maximum surface area due to the storage of stockpiled top soil for the final phase of reclamation. The storage of that soil on-site was also not allowed in the original permit.

When DNR officials were contacted, they said they had received a partially completed surface mining application that had not yet been paid for.

Nelson could not be contacted regarding the permit or the hearing examiner's decision at the time of printing.

Notes from last week's hearing show that Nelson admitted the project exceeded its required scope. The hearing examiner also noted that ongoing activities at the site were not threatening to the environment.

Bainbridge Island REVIEW
© 2018, Bainbridge Island Review and Sound Publishing, Inc.
Subscribe | Newsletters | About Us | Terms of Use | Privacy Policy | Contact Us

seattlepi
https://www.seattlepi.com/local/sound/article/Development-is-ready-to-blossom-with-new-owner-2153046.php

# Development is ready to blossom with new owner

By Dennis Anstine, BAINBRIDGE ISLAND REVIEW **Published 12:30 pm PDT, Friday, September 2, 2011**

**John Jacobi** now has a challenge to tackle during his "semi-retirement" years.

RECOMMENDED VIDEO

BENCH COPY
HEARING DATE 1/14/19
HEARING TIME 9am
CALENDAR / JUDGE: Hemstreet

00:07 / 01:21

The founder nearly 40 years ago of Windermere Real Estate in Seattle has purchased the stalled Blossom Hill development ...orhood into a community ...dge Island.

... **Whidbey Island Bank** he was ...s of the puzzle, other than to rename the development Pleasant Beach Village and to continue with the general vision of the original developer/owner, **Bill Nelson and Rich Pass** LLC.

RECEIVED KITSAP COUNTY SUPERIOR COURT 2018 DEC 31 PM 2:03

He is no longer vague, however, especially about his ultimate goal.

"It's a huge project, though I've actually done something like it before and had some success. But this is not about the money in this case," said Jacobi, who has spent his working life buying, selling and developing property. "This is about leaving a legacy for my family and being a steward for property that will be a good contribution to this community. I feel very strongly about it."

Jacobi still spends some days at his office in Lake Forest Park and has houses in both Seattle and Bainbridge. But much of his family lives on the island, where, at 70, he's spending more time these days. And that will increase as he assumes a "hands-on" approach to his new project.

**A family affair**

As is his nature, he said, he's surrounding himself with many people who share his   X

Our Company      Advertise      Adchoices      Terms and Conditions      Privacy Policy

Your California Privacy Rights

and **Norm Landry**, who served as Nelson's project supervisor for the four unfinished buildings fronting Pleasant Beach Drive.

After spending 60 days of due-diligence analysis before purchasing the property from Whidbey Island Bank for less than $10 million, Jacobi said it's "now full speed ahead" with the first phase of the project's new life.

Some parts of the plan are still being formulated, but the general concept is to turn the area into a service center that supports the south end of the island. It goes something like this:

. The last phase of the project - construction of some living units on the upper part of the property - remains intact at this point and is still at least a few years from fruition.

However, the original concept called for some 75 living units of various types and Jacobi said the number of units may be reduced and the types of residences changed, too. He considers a hillside community viable in the future, but there's no rush because of the current real estate climate.

. The first move involves Edna's, the current name of the large restaurant sitting on the bluff above Pleasant Beach Drive. Nelson spent more than $1 million renovating it inside and out, and then reopened it as an upscale eatery just about the time the economy slowed

It bombed, and was on the market at one time for about $3 million.

Jacobi wants to turn it into an event center, which he thinks makes sense considering the size of the complex and the dramatic view it offers of Rich Passage.

Work is already under way to return the interior into the dark-wooded "manor house" environment that still exists in the small "fireplace lounge." Jacobi hopes to hire an event director soon with the goal of opening the complex before the holidays.

. The pivotal change involves scuttling the condominium/apartment concept for th X

Our Company Advertise Adchoices Terms and Conditions Privacy Policy

Your California Privacy Rights

The fourth building, which is northerly and the furthest from being done, might become a microbrewery and provide an anchor tenant. The bottom floor of the other three buildings would remain retail space.

This part is tentative, of course, since Jacobi would need to get a rezone from the city in order for an overnight lodge to be included in the project. He sees the lodge as overnight accommodations for people attending weddings or other large events at the restaurant.

"We're still open to what the community wants and we feel this will complement what is already there - what **Steve Romein** has done at Lynwood Center, which is terrific," he said.

With that in mind, he wants the exterior facade of the four buildings to be similar to the historic Lynwood Center complex. Originally, the four buildings on Blossom Hill were going to have a wood and brick facade, but Jacobi wants it to be only wood so it mirrors the building across the road.

"My vision of this is as a service center that fits in with what exists," he said. "And I have no restrictions. I am open to suggestions and I will be in touch with Romein and others involved in commerce in the area."

**A different time**

Whidbey Island Bank took over the **City Bank of Lynnwood**'s assets and loans after a FDIC-forced closure, including the Rich Pass LLC loan. The bank officially became the development's owner in early April when it paid $10 million for the property at a foreclosure auction.

Nelson said this week that he has "pending negotiations" with the new owner for equipment, fixtures and furniture in the restaurant. He said there's also the matter of nearly $1 million in liens - including nearly 400,000 by **Nelson Wood & Glass** as a

subcontractor for the project - that were filed against Rich Pass LCC after the



Our Company Advertise Adchoices Terms and Conditions Privacy Policy

Your California Privacy Rights

Nelson said he understood and has no hard feelings about what has happened.

"It's really a global problem, I'd like to take it personal, but it's hard to do that unless I'm abused on the way out the door," he said. "I started this thing six years ago and it was a hell of an opportunity, but not for this time. These days, only people with cash can play. But I've moved on and now Mr. Jacobi can go forward with it. For him, I think the value is three to five years out."

Jacobi said after work on the event center is done his team's attention will turn to getting the four building completed, and then focus on what will be placed inside them.

RELATED STORIES

- Bainbridge buzzing over Blossom Hill soil swap
- Blossom Hill project may have a buyer in John Jacobi

*This article was originally published in the* **Bainbridge Island Review** *on September 01, 2011.*

© 2018 Hearst Communications, Inc.

HEARST



Straight Talk
'TIS THE SEASON FOR MORE DATA
SHOP PHONES

By Dennis Anstine, BAINBRIDGE ISLAND REVIEW **Published 1:35 pm PDT, Saturday, June 25, 2011**

**John Jacobi**, the founder of Windermere Real Estate, has signed a 30-day due diligence contract with **Whidbey Island Bank** to explo the unfinished Blossom Hill development in **Lynwood Center**.

Jacobi and his island partners in the venture - **Jim Laws**, owner/broker of Windermere Bainbridge Island, and Tad Fairbank of **Company** - have decided to evaluate the prospects and determine the resources needed to complete the 16-acre project.

RECOMMENDED VIDEO

fir

The development, which includes four commercial/residential structures interior and exterior work on them, was stalled about two years ago wher **Lynnwood** quit lending money to developer **Bill Nelson** and his Rich Pass

Whidbey Island Bank took over the **Lynnwood** bank's assets and loans af me the development's owner in early April when it paid $10 million for the p

BENCH COPY
HEARING DATE 1/14/19
HEARING TIME 9am
CALENDAR / JUDGE: Hemstreet

With Jacobi currently traveling overseas, Laws outlined how the deal came about this week. He said Jacobi, who maintains a reside visits Lynwood Center's businesses, decided completion of the project was in the best interest of islanders and the needs of the his

"John feels strongly that someone local should be the steward of this project," Laws said. "We are considering all possible uses for our goal is to do whatever is best for the island and the people who live here."

After the foreclosure, Laws said he was instructed by Jacobi to "find out what's going on with the property and let him know."

Laws met with a banker representing Whidbey Island Bank and did a walk-through of the property.

"That just got us more excited because I think what is sitting there is very well done," Laws said. "The collaboration between th

Our Company Advertise Adchoices Terms and Conditions Privacy Policy Your California Privacy Rights

said and done. He said a purchase price is part of the signed agreement, but he declined to reveal the amount.

"Right now we're concentrating on what exists," he said. "It's an eyesore and it's been a waste of resources, but it is in good shape. . engineering firm keeping a protective eye on the buildings."

If Jacobi decides to tackle the project, Laws said, finishing the existing buildings as soon as possible would be the first goal. But th existing nearby restaurant would also be part of the deal.

"Nelson's vision was for a total of 73 modestly dense units on the hillside (with 15 condos above the street-level commercial buildi feasibility of that," Laws said. "John's and Bill's visions about believing in the area, the design and the location have a lot of similari because of the money and a tough market out there. Of course, we're aware of that."

What excites Jacobi, Laws said, is the potential of turning Lynwood Center into a bustling hub on the south end of the island. Projec renovation of the Lynwood Center building and the success of the Blossom family's Lynwood Commons have already turned the se favorite.

"Lynwood Center is very vibrant right now," Laws said. "Romein and the Blossoms have good developments there and it's a great pl lure."

Nelson had said in late April that he and his 15 Rich Pass investors were still interested in buying back the project. Laws said he wa though he knew others were looking into it.

Nelson said Thursday that the 30-day deadline won't be easy to meet and he hasn't given up yet.

"I'm one of those guys that grinds it out to the end so we'll see what happens," he said. "It's kind of bittersweet from the standpoint something, taking all the risks, you get caught up a horrible economic tsunami, and then someone else steps in. But I won't be thro because you never know what'll happen."

Laws said there's no doubt the situation remains fluid.

"If we proceed, we would probably move with as much speed as possible," Laws said. "The bank renewed the permits, so unless we don't have a permit issue. As far as changing things, we don't know, but it's possible. Tad (Fairbank) would be the contractor and he development."

Study findings and recommendations will be reviewed by July 20, said Laws.

RELATED STORIES

- Bainbridge buzzing over Blossom Hill soil swap
- New life for Lynwood Center's Blossom Hill?
- Blossom Hill: It's not as big as it could be

*This article was originally published in the* **Bainbridge Island Review** *on June 24, 2011.*

© 2018 Hearst Communications, Inc.

HEARST

## Party Search Results

| Name | Date of Birth |
|---|---|
| NELSON, WILLIAM P | |

Cases (1)

| Case Number | File Date | Type | Location | Party Name |
|---|---|---|---|---|
| 18-2-03205-18 | 11/30/2018 | INJ Injunction | Kitsap | |

1 - 1 of 1 items

RECEIVED KITSAP COUNTY SUPERIOR COURT 2018 DEC 31 PM 2:03

NELSON, WILLIAM P

Cases (1)

| Case Number | File Date | Type | Location | Party Name |
|---|---|---|---|---|
| 12-2-00785-5 | 04/06/2012 | COM Commercial | Kitsap | |

1 - 1 of 1 items

NELSON, WILLIAM P

BENCH COPY
HEARING DATE 1/14/19
HEARING TIME 9am
CALENDAR / JUDGE: Hemstreet

| Name | Date of Birth |
| --- | --- |

Cases (1)

| Case Number | File Date | Type | Location | Party Name |
| --- | --- | --- | --- | --- |
| 12-2-00580-1 | 03/13/2012 | COM Commercial | Kitsap | |

1 - 1 of 1 items

NELSON, WILLIAM P

Cases (1)

| Case Number | File Date | Type | Location | Party Name |
| --- | --- | --- | --- | --- |
| 11-2-00887-0 | 04/21/2011 | COM Commercial | Kitsap | |

1 - 1 of 1 items

NELSON, WILLIAM P

Cases (1)

| Case Number | File Date | Type | Location | Party Name |
| --- | --- | --- | --- | --- |
| 09-2-02641-8 | 10/15/2009 | COM Commercial | Kitsap | |

1 - 1 of 1 items

NELSON, WILLIAM P

| Name | Date of Birth |
|---|---|

Cases (1)

| Case Numb... | File Date | Type | Locati... | Party Na... |
|---|---|---|---|---|
| 09-3-01109-1 | 08/24/2009 | DIN Dissolution of Marriage with No Children | Kitsap | |

1 - 1 of 1 items

NELSON, WILLIAM P

Cases (1)

| Case Number | File Date | Type | Location | Party Name |
|---|---|---|---|---|
| 08-2-02652-5 | 10/24/2008 | COM Commercial | Kitsap | |

1 - 1 of 1 items

NELSON, WILLIAM P

Cases (1)

| Case Number | File Date | Type | Location | Party Name |
|---|---|---|---|---|
| 08-2-00388-6 | 02/13/2008 | COM Commercial | Kitsap | |

1 - 1 of 1 items

NELSON, WILLIAM P

| Name | Date of Birth |
|---|---|

Cases (1)

| Case Number | File Date | Type | Location | Party Name |
|---|---|---|---|---|
| 94-2-01102-4 | 05/03/1994 | DVP Domestic Violence | Kitsap | |

1 - 1 of 1 items

NELSON, WILLIAM P

Cases (1)

| Case Numb... | File Date | Type | Locati... | Party Na... |
|---|---|---|---|---|
| 94-3-00522-2 | 04/04/1994 | DIC Dissolution of Marriage with Children | Kitsap | |

1 - 1 of 1 items

1 - 10 of 10 items



WASHINGTON
COURTS

Courts Home | Search Case Records

Search | Site Map | eService Center

Home | Summary Data & Reports | Resources & Links | Get Help

# Municipal & District Court Case List

**Directions:** Below are cases associated with your search criteria. If the case was filed in Superior or Appellate Court, there may be docket information available. Docket information is not available for Municipal & District Court Cases.

To get directions or information about a Court in this list, view the **Washington Court Directory.**

**There are 3 public non-sealed records that match your search criteria.**

| Case Number | Person Name | File Date | Participant Code | Status |
|---|---|---|---|---|
| Y11-05530 | Egp Investments Llc | 10-12-11 | Plaintiff | Closed |
| Y11-05530 | Nelson, Janine M | 10-12-11 | Defendant | Closed |
| Y11-05530 | Nelson, William P | 10-12-11 | Defendant | Closed |

# About Lists of Cases

**About List Cases**

You are viewing a list of cases. Each court level has a different case numbering system. Docket case information is only available for Superior Court cases when the case status is open.

If the Case Status field indicates that the case has been archived, docket case information is not available.

To view the case details for an archived or closed, **contact the court or record** directly. The court will attempt to obtain information for you.

**Directions**

Kitsap District
614 Division St, MS 25 Rm 106
Port Orchard, WA 98366-4684
**Map & Directions**
360-337-7109[Phone]
360-337-4865[Fax]
**Visit Website**

**Disclaimer**

**What is this website?** It is a search engine of cases filed in the municipal, district, superior, and appellate courts of the state of Washington. The search results can point you to the official or complete court record.

**How can I obtain the complete court record?**
You can contact the court in which the case was filed to view the court record or to order copies of court records.

**How can I contact the court?**

Click **here** for a court directory with information on how to contact every court in the state.



Courts Home | Search Case Records

Search | Site Map | eService Center

Home | Summary Data & Reports | Resources & Links | Get Help

# Municipal & District Court Case List

**Directions:** Below are cases associated with your search criteria. If the case was filed in Superior or Appellate Court, there may be docket information available. Docket information is not available for Municipal & District Court Cases.

To get directions or information about a Court in this list, view the **Washington Court Directory.**

**There are 3 public non-sealed records that match your search criteria.**

| Case Number | Person Name | File Date | Participant Code | Status |
|---|---|---|---|---|
| 31371 | Nelson, William Peter | 08-24-94 | Defendant | Closed |
| C00006919 | Nelson, William Peter | 11-27-06 | Defendant | Closed |
| 17841702 | Nelson, William Peter | 05-12-14 | Defendant | |

# About Lists of Cases

**About List Cases**

You are viewing a list of cases. Each court level has a different case numbering system. Docket case information is only available for Superior Court cases when the case status is open.

If the Case Status field indicates that the case has been archived, docket case information is not available.

To view the case details for an archived or closed, **contact the court or record** directly. The court will attempt to obtain information for you.

**Directions**

Bainbridge Municipal
Location: 10255 NE Valley Rd
Bainbridge Island, WA 98110-4337
**Map & Directions**
206-842-5641[Phone]
206-842-0316[Fax]
[Office Email]

**Visit Website**

**Disclaimer**

**What is this website?** It is a search engine of cases filed in the municipal, district, superior, and appellate courts of the state of Washington. The search results can point you to the official or complete court record.

**How can I obtain the complete court record?**
You can contact the court in which the case was filed to view the court record or to order copies of court records.

**How can I contact the court?**

Click **here** for a court directory with information on how to



Home
Español
Contact
Search L&I
SEARCH
A-Z Index
Help
My L&I
Safety & Health
Claims & Insurance
Workplace Rights
Trades & Licensing

Washington State Department of
Labor & Industries

# Lawsuit Against the Bond or Savings

**NELSON CONST & PLANNING INC**

Cause no.
**17-2-01698-7**
Complaint filed by
**OYSTER BAY INN & SUITES**
County
**KITSAP**
Complaint against bond(s)
**100266084**

**Open**
Interplead?
**No**

Complaint date
**04/18/2018**

Complaint amount
**$101,342.82**

© Washington State Dept. of Labor & Industries. Use of this site is subject to the laws of the state of Washington.

Help us improve