# EXHIBIT D8

CASE#:   94-2-01102-4        CIVIL    JUDGMENT# NO
TITLE:   GINGER S NELSON VS WILLIAM P NELSON
FILED:   05/03/1994
CAUSE:   DVP DOMESTIC VIOLENCE PETITION
RESOLUTION:  CONS DATE:   05/06/1994  CONSOLIDATED CASE
COMPLETION:  JODF DATE:   05/06/1994  JUDGMENT/ORDER/DECREE FILED
CASE STATUS: ACT  DATE:   05/03/1994  ACTIVE

                                                        OFF-LINE DATE: 11/15/1995
CONSOLIDATED: 94-3-00522-2
NOTE1:   *CONSOLIDATED W/94-3-00522-2 NO MORE PLEADINGS IN THIS CASE!!!!!!
NOTE2:

-------------------------------------PARTIES-------------------------------------
CONN     LAST NAME,     FIRST MI TITLE         LITIGANTS                DATE

PET01    NELSON, GINGER S
RSP01    NELSON, WILLIAM P

------------------------------------ATTORNEYS------------------------------------
CONN     LAST NAME,     FIRST MI TITLE         LITIGANTS                DATE

ATP01    NELSON, GINGER S

--------------------------------APPEARANCE DOCKET--------------------------------
SUB#       DATE    CD/CONN  DESCRIPTION                   SECONDARY

           05/03/1994 $FFR    FILING FEE RECEIVED           20.00
1          05/03/1994 CICS    CASE INFORMATION COVER SHEET
2          05/03/1994 DCLR    DECLARATION
3          05/03/1994 INFO    INFORMATION - SCREENING
4          05/03/1994 PTORPRT PET ORD FOR PROTECTION
5          05/03/1994 TMORPRT TEMP ORD FOR PROTECTION  TL   05-12-1994DV
                      ACTION  PETITION FOR ORDER OF PROTECTION
                      ACTION  RTS/ENTER        BIPD
                      MFILM   777
6          05/03/1994 MTHRG   MOTION HEARING
                              #8 LOWANS TEMPORARY ORDER GRANTED
                              *****CONSOLIDATED W/94-3-00522-2
                              ***NO MORE FILINGS !!!!!***
7          05/11/1994 VR      VERIFICATION
8          05/12/1994 ORDSM   ORDER OF DISMISSAL       TL
                      MFILM   778
9          05/12/1994 HSTKNA  HEARING STRICKEN:IN COURT NONAPPEAR
                              #8 LOWANS CASE DISMISSED

------------------------------END COPY CASE-------------------------------------