# EXHIBIT D9

# IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
# IN AND FOR THE COUNTY OF KITSAP

Hon./Comm _Thurman Lavans_

Court Reporter _K. Todd_

_Ginger Nelson_, Petitioner,

Court Clerk _G. Masters_

and

Date _5-3-94_

_William Nelson_, Respondent.

No. _94-2-01102-4_ ✓

Dissolution No. _94-3-00522-2_

Petitioner Appeared _yes_         Counsel _Pro Se_

Respondent Appeared _no_          Counsel _—_

The matter before the Court is  [X] Petition for Temporary Protection Order
                                [ ] Motion to Modify/Terminate Order of Protection

## PETITION FOR TEMPORARY ORDER OF PROTECTION

Testimony taken of _Ginger Nelson_

The Court [ ] waives filing fee    [ ] assesses filing fee with date due of _____

[X] The Court (grants)/denies Petition for Order of Protection

[X] Temporary Order of Protection signed _yes_

[ ] Court requested security measures taken    [ ] File noted    [ ] Security notified

## MOTION TO MODIFY/TERMINATE ORDER OF PROTECTION

Testimony taken of _____

Courtroom polled for _____ [ ] No response    Time _____

[ ] The Court grants/denies motion.              [ ] The Court takes the matter under advisement.

[ ] Order signed as presented.                   [ ] Order to be presented.

[ ] This matter stricken.                         [ ] Court scheduler advised.

[X] Court sets _____ hearing at _1:30_ am/pm on _5-12-94_

[ ] Pleadings/File taken from this hearing by _____

**5A DOMESTIC VIOLENCE**
6/92 5A DOMVIO.MIN



IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KITSAP

Ginger S Nelson, Petitioner,

vs.

William P. Nelson, Respondent.

No. 94 2 01102 4

TEMPORARY ORDER FOR PROTECTION (TMORPRT)

FILED
KITSAP COUNTY CLERK

TO THE ABOVE-NAMED RESPONDENT:

The Court having reviewed the petition and statement, it is ORDERED that:

[X] Respondent is **RESTRAINED** from causing petitioner or any of the minor children residing with petitioner any physical harm, bodily injury, assault including sexual assault; and from molesting, harassing, telephoning, corresponding with, or threatening petitioner or any of the children residing with petitioner.

[X] Respondent is **EXCLUDED** from petitioner's workplace and from petitioner's residence at:
710 Deer Cliff Rd Bainbridge Is. Washington

[X] Respondent is **RESTRAINED** from interfering with petitioner's custody of the following children:
April Olson, Andrew Olson, Audrey Olson

[X] Respondent is **RESTRAINED** from removing the following children from the State of Washington:
Matthew Tyler Nelson

VIOLATION OF THE ABOVE PROVISIONS OF THIS ORDER WITH ACTUAL NOTICE OF ITS TERMS IS A CRIMINAL OFFENSE UNDER RCW 26.50 and RCW 10.31.100 AND WILL SUBJECT A VIOLATOR TO ARREST.

ANY ASSAULT THAT IS A VIOLATION OF AN ORDER ISSUED UNDER THIS CHAPTER AND THAT DOES NOT AMOUNT TO ASSAULT IN THE FIRST OR SECOND DEGREE UNDER RCW 9A.36.011 OR 9A.36.021 IS A CLASS C FELONY, AND ANY CONDUCT IN VIOLATION OF A PROTECTIVE ORDER ISSUED UNDER THIS CHAPTER THAT IS RECKLESS AND CREATED A SUBSTANTIAL RISK OF DEATH OR SERIOUS PHYSICAL INJURY TO ANOTHER PERSON IS A CLASS C FELONY.

The Clerk of the Court shall forward a copy of this order on or before the next judicial day to the

[X] Bainbridge Island _____ which shall:
(LAW ENFORCEMENT AGENCY HAVING JURISDICTION)

[ ] Assist the petitioner in obtaining possession of petitioner's residence at the above address.
[ ] Assist the petitioner in obtaining possession of petitioner's personal property at the above address.
[ ] Standby to allow respondent to remove personal property at the above address.

[X] Bainbridge Island _____ which shall:
(LAW ENFORCEMENT AGENCY WHERE RESPONDENT RESIDES)

personally serve the respondent with a copy of this order and shall promptly complete and return to this court proof of service.

[ ] Other _____

This Temporary Order for Protection will be effective until the hearing scheduled on May 12, 19 94 at 1:30 pm in Kitsap County Superior Court, 614 Division Street, Port Orchard, Washington.

IF YOU, THE RESPONDENT, DO NOT APPEAR, THE COURT MAY ENTER AN ORDER IN YOUR ABSENCE GRANTING THE RELIEF REQUESTED IN THE PETITION FOR A PERIOD NOT TO EXCEED ONE YEAR AND AWARDING THE COSTS, FEES AND EXPENSES REQUESTED.

Date 5/3/94   Hour of Issuance 11:40 am

Judge/Court Commissioner

Ginger S Nelson
Petitioner's Signature

2



IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KITSAP



__Ginger S. Nelson__, Petitioner,

vs.

__William P. Nelson__, Respondent.

No. __94 2 01102 ᴗ__

PETITION FOR AN ORDER FOR PROTECTION
(PTORPRT)

---

Petitioner alleges:
1. My relationship with the respondent is:
   - (a) [X] Spouse
   - (b) [ ] Former spouse
   - (c) [ ] Parent and child
   - (d) [ ] Related by blood
   - (e) [ ] Related by marriage (in-law)
   - (f) [X] Have a child in common
   - (g) [ ] Presently reside together
   - (h) [ ] Have resided together in the past

2. The following minor child(ren) live with me:

| Name | Age | Name | Age |
|---|---|---|---|
| Audrey Olson | 13 | Matthew Nelson | 8 |
| April Olson | 18 | | |

3. I am the victim of domestic violence committed by the respondent as described in the foregoing declaration.

[ ]  a. REQUEST FOR TEMPORARY ORDER

An emergency exists, and I need a temporary restraining order issued immediately without notice to the respondent to avoid irreparable injury. I request a Temporary Order for Protection that will:

- [X] RESTRAIN respondent from causing me or any of the minor children named above any physical harm, bodily injury, assault including sexual assault, and from molesting, harassing or threatening me or any of the children named above.
- [X] EXCLUDE respondent from my residence at __710 Deer Cliff Road__ (STREET ADDRESS), __Bainbridge Is WA__ (CITY)
- [X] RESTRAIN respondent from interfering with my custody of any of the children named above.
- [X] RESTRAIN respondent from removing any of the children named above from the State of Washington.

or [ ]  b. REQUEST FOR ORDER FOR PROTECTION

I request an Order for Protection that will:

- [X] RESTRAIN respondent from causing me or any of the minor children named above any physical harm, bodily injury, assault including sexual assault; and from molesting, harassing or threatening me or any of the children named above.
- [X] EXCLUDE respondent from my residence at the above address.
- [X] Grant me the temporary care, custody and control of the children named above who are living with me, but subject to any visitation by the respondent the court may grant.
- [ ] Direct respondent to participate in appropriate treatment or counseling services.
- [ ] Require respondent to reimburse me for my costs and expenses in bringing this action.
- [ ] Require respondent to pay to the Clerk of the court the filing fee and court costs incurred in bringing this action.

and/or [X]  c. REQUEST FOR SPECIAL ASSISTANCE FROM LAW ENFORCEMENT AGENCIES

I request the court to order the appropriate law enforcement agency to:
- [ ] Assist me in obtaining possession of my residence and/or personal property at the above address.
- [ ] Assist me in obtaining custody of the above named minor children.
- [ ] Standby to allow respondent to remove personal property at the above address.
- [X] Other __patrol area around house to make sure he is not in area at night__

CERTIFICATION OF STATEMENTS IN THE PETITION

I certify under penalty of perjury under the Laws of the State of Washington that I have read the statements in the Petition, know the contents thereof, and believe them to be true and correct.

DATED at Port Orchard, Washington __5-03-__, 19__94__     __Ginger S. Nelson__ (SIGNATURE OF PETITIONER)

000023

FILED

KITSAP COUNTY SUPERIOR COURT
ROBERT FREUDENSTEIN
KITSAP COUNTY CLERK
PORT ORCHARD, WASHINGTON 98366

94-2-01102-4

| CURR. DATE | ACCT. DATE | TIME |
|---|---|---|
| 05/03/94 | 05/03/94 | 10:30 A.M. |

| REG/RECEIPT # | TRAN-CODE | DOCKET-CODE |
|---|---|---|
| 01-28143-001 | 1170 | $FERDV |

PAID BY: NELSON
TRANSACTION AMOUNT:      $20.00