# EXHIBIT D10

 

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KITSAP**

000024

NELSON, GINGER
_____ Petitioner,
vs
NELSON, WILLIAM
_____ Respondent.

No. 94 2 01102 4

FILED
KITSAP COUNTY CLERK
MAY 3 11 25 AM '94

DOMESTIC VIOLENCE/UNLAWFUL HARASSMENT
CRITERIA EVALUATION (INFO _____)
_____ EMB _____ DEPUTY

After reviewing the Declaration of the applicant and the relationship of the parties, I make the following determination:

A. Relationship of parties:
(a) [X] Spouse
(b) [ ] Former spouse
(c) [ ] Parent & child
(d) [ ] Related by blood
(e) [ ] Related by marriage (in-law)
(f) [X] Have a child in common
(g) [ ] Presently reside together
(h) [X] Have resided together in the past
(i) [ ] Petitioner is 16 or older and has had a dating relationship with respondent
(j) [ ] None of the above

B. Applicant allegation(s):
(a) [ ] Physical Harm
(b) [ ] Bodily Injury
(c) [ ] Assault
(d) [X] Infliction of fear of imminent physical harm, bodily injury or assault between family or household members
(e) [ ] Sexual assault of one family or household member by another
(f) [ ] None of the above

[ ] 1. The circumstances alleged in the Declaration do not meet the criteria for domestic violence, but **may** meet the criteria for unlawful harassment; therefore, the applicant is referred to District Court for further screening;

[ ] 2. The circumstances alleged in the Declaration and the relationship meet the criteria to file a domestic violence Petition for an Order for Protection - CONTINUE SCREENING.

(a) Do the involved parties have a child in common in which custody or visitation may be an issue? [X] Yes [ ] No
(b) Is the petitioner requesting the court to exclude the respondent from a common residence? [ ] Yes [X] No

If either (a) or (b) has been answered "Yes", OR if the parties do not reside within the city limits of a municipality, the case is to be filed in Superior Court. District Court North will continue to file Domestic Violence cases within their jurisdiction.

If both (a) and (b) have been answered "No", but meet the domestic violence criteria,
refer to the proper court as defined below:
(a) [ ] Both parties reside inside city limits of Bremerton. Refer to Bremerton Municipal Court.
(b) [ ] Both parties reside inside city limits of Port Orchard. Refer to Port Orchard Municipal Court.
(c) [ ] Both parties reside inside city limits of Winslow. Refer to Bainbridge Island Municipal Court.

Are the parties involved in a Kitsap County case
(a) [ ] Criminal proceeding
(b) [ ] Previous domestic violence proceeding
(c) [ ] Dissolution proceeding
(d) [ ] Dependency proceeding
(e) [ ] Paternity proceeding

Case No(s) 94-3-522-2 , _____, _____

**ANY FILE INVOLVING ONE OR MORE OF THE PARTIES SHOULD BE SENT INTO COURT.**

10/93 0120.new D10 **OVER** 1 Page 1 of 2

Case 22-01039-TWD    Doc 65-10    Filed 08/14/23    Ent. 08/14/23 13:19:55    Pg. 2 of 3

C. **Source of Income**

(a) [ ] Employed ✓ ███ ███
000025

(b) [ ] DSHS, SSI, L & I, Unemployment Compensation _____

(c) [ ] Respondent is sole source of Petitioner's income

(d) [ ] Other _____

(e) [ ] Filing Fee Due Date _____


Screened by *Elaine M Burrows*, Deputy Clerk