# EXHIBIT D11



000026

IN THE SUPERIOR/DISTRICT COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KITSAP

FILED
KITSAP COUNTY CLERK
MAY 3 11 28 AM '94
M.L. FREUDENSTEIN
SMB DEPUTY

Ginger S. Nelson, Petitioner,

vs.

William P. Nelson, Respondent.

No. 94 2 01102 4

DECLARATION
(DCLR)

The following declaration may be incorporated by reference to a Petition for an Order of Protection pursuant to a RCW 26.50 or RCW 10.14:

RCW 26.50.010(1) DOMESTIC VIOLENCE means: (a) physical harm, bodily injury, assault, or the infliction of fear of imminent physical harm, bodily injury or assault, between family or household members; or (b) sexual assault of one family or household member by another.

RCW 10.14.020(1) UNLAWFUL HARASSMENT means: a knowing and willful course of conduct directed at a specific person which seriously alarms, annoys, or harasses such person, and which serves no legitimate or lawful purpose. The course of conduct shall be such as would cause a reasonable person to suffer substantial emotional distress, and shall actually cause substantial emotional distress to the petitioner.

Describe specific acts and approximate dates of domestic violence/unlawful harassment.

**I am the victim of domestic violence and/or unlawful harassment committed against me as follows:**

My husband William P. Nelson has violated the Restraining Order by coming into our house last week while my 13 yr. old daughter was present and screamed obscenities at me and chased me through the house, leaving then returning and behaving violently. My daughter locked herself in the bathroom. In March of 1992 he tried to strangle me in the kitchen of our home. The children were afraid to call 911. He has behaved so violently toward me in front of my children that they are terrified of him and request that he not have any contact at all with, or approach them in public places to try to force shows of affection from them. We request that he be kept anywhere near the house. He has been seen and admitted to being in the woods behind our house at night. We have had to hang blankets in the windows. My 8 yr old Matthew is afraid to get up to go to the bathroom now at night so has started wetting the bed.

He has been calling and dropping in on my daughter April at work. She requests no contact from him.

He has threatened that he will drive me crazy by his actions. We request this Restraining order for our safety. In March I called 911 for fear that he would harm me.

I understand if a Temporary Order for Protection is granted, I must appear at the scheduled hearing or I will no longer be protected under the law.

I declare under penalty of perjury under the Laws of the State of Washington that the foregoing statements in this declaration are true and correct.

Dated 5-03-94

Signature: Ginger S. Nelson

D11 0193

Page 1 of 1

Case 22-01039-TWD    Doc 65-11    Filed 08/14/23    Ent. 08/14/23 13:19:55    Pg. 2 of 2

2