# EXHIBIT D12

000189

☐ IN THE KITSAP COUNTY DISTRICT COURT
☒ IN THE BAINBRIDGE ISLAND MUNICIPAL COURT
☐ IN THE PORT ORCHARD MUNICIPAL COURT

FILED
JUL 16 2018
BAINBRIDGE ISLAND
MUNICIPAL COURT

☐ STATE OF WASHINGTON,
☒ CITY OF BAINBRIDGE ISLAND,
☐ CITY OF PORT ORCHARD,
  Plaintiff,
v.
William P. Nelson,
  Defendant.

No. 17841702

MOTION AND CERTIFICATE FOR ORDER REVOKING—

☐ Pre-Trial Diversion Agreement
☒ Deferred Prosecution
☐ Suspended Sentence

(Court to Summons Defendant)

COMES NOW the Prosecution, and hereby moves this Court for an order revoking the Pre-Trial Diversion Agreement, Deferred Prosecution, or Suspended Sentence entered on _____.
This motion is based on the Defendant's failure to comply with the following —

| | |
|---|---|
| ☒ | On 6/29/18, the Defendant committed the crime(s) of DUI Hit & Run, and has been charged and/or convicted in [☐ Kitsap District] [☐ Bainbridge] [☐ Bremerton] [☐ Port Orchard] [☐ Poulsbo] [☐ Kitsap S.Ct.] [☒ King] Court, cause no. 8Z0683358 |
| ☐ | On _____, the Defendant committed the crime(s) of _____, and has been charged and/or convicted in [☐ Kitsap District] [☐ Bainbridge] [☐ Bremerton] [☐ Port Orchard] [☐ Poulsbo] [☐ Kitsap S.Ct.] [☐ _____] Court, cause no. _____. |
| ☒ | Failure to comply with Judgment prohibiting (1) driving without a valid license, or (2) driving without insurance, or (3) having an alcohol concentration of 0.08 or more or a THC concentration of 5 ng/ml or higher within two hours of driving, or (4) refusing to submit to a breath test to determine alcohol concentration, or (5) driving without a functioning ignition interlock device as required by DOL. A mandatory 30 days of confinement must be imposed for each violation. RCW 46.61.5055(11)(b). |
| ☐ | Failure to provide proof of evaluation: [☐ CD] [☐ Mental Health] [☐ Psycho-Sexual]. |
| ☐ | Failure to comply with treatment, counseling or classes: [☐ ADIS] [☐ DUI Victim's Panel] [☐ Defensive Driving] [☐ CD] [☐ Anger Management] [☐ Mental Health] [☐ DV] [☐ DV Parenting] [☐ Psycho-Sexual]. |
| ☒ | Failure to remain abstinent [☒ Alcohol] [☐ Drugs]. |
| ☐ | Failure to pay [☐ Diversion Costs ___] [☐ Restitution ___] [☐ DUI Cost Recovery ___]. |
| ☐ | Failure to provide successful transfer of title. |
| ☐ | Failure to provide proof of valid driver license. |
| ☐ | |

I am a duly qualified, appointed and acting Deputy Prosecuting Attorney for the Prosecution, and I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge, information and belief.
DATED: 7/11/18
PLACE: Kitsap County, WA

WSBA No. 50105
Deputy Prosecuting Attorney

**Note to Defendant–Failure to Bring Proof of Compliance to the Next Court Hearing May Result in the Court Imposing Sanctions Including Serving Jail Time.**

MOTION TO REVOKE–PAGE 1    (Updated 11/2016)

Tina R. Robinson, Prosecuting Attorney
Adult Criminal and Administrative Divisions
614 Division Street, MS-35
Port Orchard, WA 98366-4681
(360) 337-7174; Fax (360) 337-4949
www.kitsapgov.com/pros