# EXHIBIT D12

000160



FILED
MAY 12 2014
BAINBRIDGE ISLAND
MUNICIPAL COURT

IN THE BAINBRIDGE ISLAND MUNICIPAL COURT

| CITY OF BAINBRIDGE ISLAND, | ) |
| --- | --- |
| Plaintiff, | ) No. 17841702 |
| | ) |
| v. | ) CRIMINAL COMPLAINT |
| | ) |
| WILLIAM PETER NELSON, | ) (Total Counts Filed – 1) |
| Age: 55; DOB: 02/25/1959, | ) |
| Defendant. | ) |

COMES NOW the Plaintiff, CITY OF BAINBRIDGE ISLAND, by and through its attorney, EMILY J. JARCHOW, WSBA NO. 44349, Deputy Prosecuting Attorney, and hereby alleges that contrary to the form, force and effect of the ordinances and/or statutes in such cases made and provided, and against the peace and dignity of the CITY OF BAINBRIDGE ISLAND, the above-named Defendant did commit the following offense(s)—

**Count I**
**Driving Under the Influence**

On or about May 9, 2014, in the City of Bainbridge Island, State of Washington, the above-named Defendant did drive a vehicle (a) and have, within two hours after driving, an alcohol concentration of 0.08 or higher as shown by an accurate and reliable analysis of the person's breath or blood, and/or (b) while under the influence of or affected by intoxicating liquor or any drug; and/or (c) while under the combined influence of or affected by intoxicating liquor and any drug; contrary to Revised Code of Washington 46.61.502(1), pursuant to Bainbridge Island Municipal Code 10.04.010, which adopts the Washington Model Traffic Ordinance,

CHARGING DOCUMENT; Page 1 of 3



Russell D. Hauge, Prosecuting Attorney
Bainbridge Island Municipal Court Division
614 Division Street, MS-35
Port Orchard, WA 98366-4681
(360) 337-7174; Fax (360) 337-4949
www.kitsapgov.com/pros

<mark>000161</mark>

Chapter 308-330 Washington Administrative Code, which adopts Revised Code of Washington 46.61.502 in Washington Administrative Code 308-330-425.

(MAXIMUM PENALTY–Three hundred sixty-four (364) days in jail or $5,000 fine, or both, pursuant to RCW 46.61.502(5) and BIMC 10.04.070(C), plus restitution, assessments and court costs.)

JIS Code:    46.61.502.5    DUI

Special Allegation–BAC 0.15 or Higher

AND FURTHERMORE, the Defendant did have sufficient alcohol in his or her body as shown by an accurate and reliable analysis of the Defendant's breath and/or blood to have an alcohol concentration of 0.15 or higher, within two hours after driving; contrary to Bainbridge Island Municipal Code 10.04.010, which adopts the Washington Model Traffic Ordinance, Chapter 308-330 Washington Administrative Code, which adopts Revised Code of Washington 46.61.5055 in Washington Administrative Code 308-330-425.

I certify (or declare) under penalty of perjury under the laws of the State of Washington that I have probable cause to believe that the above-named Defendant committed the above offense(s), and that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: May 12, 2014
PLACE: Bainbridge Island, WA

CITY OF BAINBRIDGE ISLAND

_____
EMILY J. JARCHOW, WSBA NO. 44349
Deputy Prosecuting Attorney

All suspects associated with this incident are–

William Peter Nelson

CHARGING DOCUMENT; Page 2 of 3



Russell D. Hauge, Prosecuting Attorney
Bainbridge Island Municipal Court Division
614 Division Street, MS-35
Port Orchard, WA 98366-4681
(360) 337-7174; Fax (360) 337-4949
www.kitsapgov.com/pros

<mark>2</mark>

<mark>D13</mark>
<mark>Case 22-01039-TWD    Doc 65-13    Filed 08/14/23    Ent. 08/14/23 13:19:55    Pg. 3 of 7</mark>

## DEFENDANT IDENTIFICATION INFORMATION

| | |
|---|---|
| WILLIAM PETER NELSON<br>635 Park Avenue<br>Bainbridge Island, Wa 98110 | Alias Name(s), Date(s) of Birth, and SS Number<br>[PERSON ALIAS DOB SSN] |

[Address source–Pursuant to CrRLJ/CrR 2.2, Complainant has attempted to ascertain the Defendant's current address by searching the Judicial Information System (JIS formerly called DISCIS) database, Department of Licensing abstract of driving record, Department of Corrections Felony Offender Reporting System, Kitsap County Jail records and law enforcement report]

| | | | |
|---|---|---|---|
| Race: White | Sex: Male | DOB: 02/25/1959 | Age: 55 |
| D/L: NELSOWP417C5 | D/L State: Washington | SID: WA23717849 | Height: 602 |
| Weight: 220 | JUVIS: Unknown | Eyes: Blue | Hair: [hair color description] |
| DOC: Unknown | FBI: 243975PC2 | | |

## LAW ENFORCEMENT INFORMATION

Incident Location: 563 Park Avenue Ne, Bainbridge Island, WA [Incident Address Zip]

Law Enforcement Report No.: 2014BI000585

Law Enforcement Filing Officer: Benjamin K. Sias, BI823

Law Enforcement Agency: Bainbridge Island Police Department - WA0180700

Court: Bainbridge Island Municipal Court, WA018041J

Motor Vehicle Involved? Yes

Domestic Violence Charge(s)? No

Law Enforcement Bail Amount? [Bail]

## CLERK ACTION REQUIRED

In Custody

    Appearance Date If Applicable: [PROMISE TO APPEAR]

## PROSECUTOR DISTRIBUTION INFORMATION

| Superior Court | District & Municipal Court |
|---|---|
| **Original Charging Document–**<br>  Original +2 copies to Clerk<br>  1 copy to file<br>**Amended Charging Document(s)–**<br>  Original +2 copies to Clerk<br>  1 copy to file | **Original Charging Document–**<br>  Electronically filed with the Clerk<br>  Original +1 copy to file<br>**Amended Charging Document(s)–**<br>  Electronically filed with the Clerk<br>  Original +2 copies to file<br>  1 copy clipped inside file on top of left side<br>  1 copy to file |

Prosecutor's File Number–14-178417-2

CHARGING DOCUMENT; Page 3 of 3

Russell D. Hauge, Prosecuting Attorney
Bainbridge Island Municipal Court Division
614 Division Street, MS-35
Port Orchard, WA 98366-4681
(360) 337-7174; Fax (360) 337-4949
www.kitsapgov.com/pros

# BAINBRIDGE ISLAND POLICE DEPARTMENT    CASE REPORT: 14-585

## CERTIFICATE OF PROBABLE CAUSE

CLERK CODE: _____

(Required for all probable cause arrests and all cases submitted for criminal prosecution)

SUSPECT NAME:    Nelson, William P
(Last, First, MI.)

COURT:    ☐ SUPERIOR COURT    ☐ DISTRICT COURT    ☐ JUVENILE COURT
☑ BAINBRIDGE ISLAND MUNICIPAL COURT

ARREST CRIMES:    (1) DUI (2)    (3)

ARREST DATE: 5-9-2014

ARREST TIME: 2259    hours

LOCATION OF CRIME:    Bainbridge Island, Wa
(City or County)

FILED
MAY 1 2 2014
Bainbridge Island
Municipal Court

## STATEMENT OF PROBABLE CAUSE

Summarize the facts showing probable cause for the arrest and for each element of every offense committed. If a witness has supplied you with information supporting your determination of probable cause, please include the witness' name. If the full name of the witness should not be disclosed, please use the initials and D.O.B. to identify the witness.

Police were called to Park and Wing Point for a suspicious vehicle. The vehicle was located in a ditch, and was registered to William Nelson. Nelson emerged from the driveway of 635 Park, and was apparently intoxicated, and admitted to have been the driver of the truck. He advised he was avoiding a dog and crashed. He admitted drinking, and was arrested and processed for DUI. He blew .216, and .208, and was booked into the Kitsap County Jail on $5,000 bail.

SIAS/823

*I certify (declare) under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct. (RCW 9A.72.085.)*

| B. Sias | /s/ | 823 | Bainbridge Island Police Department |
|---|---|---|---|
| OFFICER'S SIGNATURE | | BADGE NUMBER | AGENCY |

Bainbridge Island, Washington         5-10-14
PLACE SIGNED                           DATE SIGNED

# SUPPLEMENTAL REPORT

**Bainbridge Island Police Dept** | OCA *I14000585*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Investigator: *(827) STICH, MAURINE*   Date / Time: *5/10/2014 05:06*   Saturday

Supplement Type: *SUPPLEMENTAL REPORT*

Race:   Sex:   DOB:   Age:
Employer:

Home Phone:

SUPPLEMENTAL REPORT:

On 05/09/2014 at 2229, Officer Sias and I went to the area of Park and Wing Point Way (563-Park Ave NE) to investigate a suspicious vehicle. The caller reported hearing a car door slam in front of a vacant house. When Officer Sias arrived to the scene, we found a white Ford pick-up truck which had gone into the north side ditch and was stuck. The driver had apparently failed to navigate the turn and became wedged into the muddy ditch. There was evidence of deep tire tracks spinning where the driver tried to get out. I ran the plate and it returned to a William Nelson of Park Avenue NE. I am familiar with Nelson and would recognize him.

When Officer Sias and I walked the area to locate the address for Nelson, I heard a noise to the south of me and I saw a figure emerging from a driveway. I went up to the figure, a male, and said I was Bainbridge Police. I then said, "Bill"? (William Nelson goes by Bill). When I walked up to the male I recognized him as Bill Nelson. I asked him what happened. I also told him I record my conversations. Bill said he was driving home from downtown when a dog pushed him out of the road and into the ditch. I asked him what kind of dog and he said, "German Shepard". I could see and hear that Bill was speaking slower than normal, was slightly swaying while talking to me, had sleppy and watery eyes and had the odor of alcohol on his breath. I questioned his answer to why he went into the ditch and asked him how many drinks he had tonight. Bill said, "two beers". I told Bill I thought his drinking had something to do with driving into the ditch. I asked him again about where he had been. This time he said Crystal Springs at a house where a friend had just died. Bill said his son was coming to help him but did not know where he was.

Bill started making a phone call on his cell and said he was going to call Paul Cullen (a defense attorney). I told Bill he was not under arrest. Bill said he needed his advise. I then asked Bill (after conferring with Officer Sias), if he would voluntarily take some field sobriety tests. Bill said he would talk to Paul (Cullen). I then asked him if would take a voluntary Portable Breath Test. Bill said he would ask Paul.

Just then, Officer Sias approached Bill and asked him to follow his pen with his eyes (horizontal gaze nystagmus). I could see how Bill would follow the pen with his head and his eyes were watery and bloodhsot.

It was evident that Bill was intoxicated and Officer Sias placed him under arrest for DUI. I believe based on my training and experience that Bill was under the influence of alcohol and was an impaired driver.

End of statement.

---

**I CERTIFY OR DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.**

_____ 827 05/10/2014
*(Signature, Date)*
*(827) STICH, MAURINE*
*BAINBRIDGE ISLAND, WA*

000165

THIS SIDE DOWN THIS EDGE IN

BREATH TEST DOCUMENT NO. 747682

WASHINGTON STATE PATROL
BAC DATAMASTER 949112
SOFTWARE VERSION 76016-004 (07/22/99)

MAY 09, 2014

SIM TEMP 34c +/- .2c: YES

OBSERVATION BEGAN: 23:09

CITATION NUMBER: 10912

OPERATOR'S NAME (L/F/M):
SIAS/BEN/K

SUBJECT'S NAME (L/F/M):
NELSON/WILLIAM/P

SUBJECT'S DOB: 02/25/1959

EXTERNAL STANDARD BATCH #: 13057

--- BREATH ANALYSIS ---

| | | |
|---|---|---|
| BLANK TEST | .000 | 23:42 |
| INTERNAL STANDARD | VERIFIED | 23:42 |
| SUBJECT SAMPLE | .216 | 23:45 |
| BLANK TEST | .000 | 23:46 |
| EXTERNAL STANDARD | .079 | 23:47 |
| BLANK TEST | .000 | 23:47 |
| SUBJECT SAMPLE | .208 | 23:48 |
| BLANK TEST | .000 | 23:49 |

ALL RESULTS IN g/210L



OPERATOR
AGENCY
COURT COPY