Law Office of  
**RONALD G. BROWN**  
P.O. Box 2369  
Kirkland, WA 98083

Phone: (425) 522–3649　　　　　　　　　　　　　　　　　　　　　　　E-Mail: rgblaw@nwlink.com

December 12, 2022

The Honorable Timothy W, Dore  
United States Bankruptcy Court  
VIA ECF ONLY

  Re: Alice Lynn Hanify  
   U.S. Bankruptcy Court No. 22-10566

Dear Judge Dore:

  I am the Chapter 7 trustee in the above referenced bankruptcy proceedings. I am writing to request that I be allowed to appear telephonically for the Objection to Claim filed by the debtor scheduled at 9:30 am on December 16, 2022. I would like to limit public exposure during the current pandemic for the protection of my family members. If you have any questions, please contact me.

            Sincerely,

            */s/ Ronald G. Brown*  
            Ronald G. Brown  
            Chapter 7 Trustee

RGB/by